1  LORI E. ANDRUS (SBN 205816)
   lori@andrusanderson.com
2  JENNIE LEE ANDERSON (SBN 203586)
   jennie@andrusanderson.com
3  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
4  San Francisco, CA  94104
   Telephone:   (415) 986-1400
5  Facsimile:   (415) 986-1474

6  *Attorneys for Plaintiff*

7              **UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

| JANE DOE, | Civil Action No. |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** |
| vs. | |
| VIRGIN AMERICA, INC., ALASKA AIR GROUP, INC. and STUART DINNIS, | |
| Defendants. | |

Civil Action No.
PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

1   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named
2   parties, there is no such interest to report.

3

4   DATED: April 23, 2018

                                            By: _____/s/ Lori Andrus_____
5                                                        Lori Andrus

6   Lori E. Andrus (SBN 205816)
    lori@andrusanderson.com
7   Jennie Lee Anderson (SBN 203586)
    jennie@andrusanderson.com
8   **ANDRUS ANDERSON LLP**
    155 Montgomery Street, Suite 900
9   San Francisco, CA 94104
10  Telephone:   (415) 986-1400
    Facsimile:   (415) 986-1474
11
12  *Attorneys for Plaintiff*