UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>VIRGIN AMERICA, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-02420-DMR<br><br>**ORDER RE PROPOSED SEVERANCE OF DEFENDANT STUART DINNIS** |

Defendants Virgin America, Inc. and Alaska Air Group, Inc. have moved to dismiss Plaintiff Jane Doe's complaint. [Docket No. 15.] Plaintiff and the answering defendants have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. [Docket Nos. 8, 13.] Although it appears that Defendant Stuart Dinnis has been served (*see* Docket No. 16), he has not appeared and therefore has not consented to magistrate judge jurisdiction. Accordingly, this court may not decide the motion to dismiss. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017).

The court may decide the motion, however, if Dinnis is severed from this action. Dinnis would then be the lone defendant in a separate but related action which would be given a new case number but would still be assigned to the undersigned judge. No additional filing fee would be required. The court would then proceed to decide the motion to dismiss and preside over the action in which all parties have consented, and would preside over the related action unless Dinnis appears and files a declination to the jurisdiction of a magistrate judge. If Dinnis fails to appear and the Clerk enters his default, the court would prepare a report and recommendation on any motion for default judgment.

The court will only proceed in this manner if all appearing parties agree. Accordingly, on or before July 9, 2018, any party may advise the court in writing that the party objects to the

1 severing of Dinnis from this action.  If any party so objects, this entire case will be reassigned to a
2 district court judge.  If no party objects by July 9, 2018, the court will sever Dinnis as explained
3 above.  The hearing on the motion to dismiss is continued from July 12, 2018 to August 9, 2018 at
4 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 28, 2018



Donna M. Ryu
United States Magistrate Judge

2