LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
JENNIE LEE ANDERSON (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIN AMERICA, INC, ALASKA AIR GROUP, INC., and STUART DINNIS,<br><br>Defendants. | **CASE NO. 4:18-cv-02420-DMR**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE \*\*AS MODIFIED\*\*** |

## I. INTRODUCTION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, JANE DOE, an individual, ("Plaintiff") and Defendants VIRGIN AMERICA, INC, and ALASKA AIR GROUP, INC. ("Airline Defendants," and collectively referred to herein as "the Parties"), by and through their respective attorneys of record as follows:

1. The purpose for this Stipulation is to continue the hearing on the Airline Defendants' pending Motion to Dismiss, to continue the Initial Case Management Conference and related deadlines, and for the Parties to consent to the Order re Proposed Severance of Defendant Stuart Dinnis.

2. In light of Plaintiff's counsel's scheduling conflict, Defendant's Motion to Dismiss, currently set for hearing on August 9, 2018 at 11:00 a.m. is continued to September 13, 2018 at 11:00 a.m.

3. The Initial Case Management Conference currently set for August 15, 2018 at 1:30 p.m. in Courtroom 4 is continued to September 19, 2018 at 1:30 p.m. in Courtroom 4.

4. The Parties' last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference currently set for July 25, 2018 is continued to September 5, 2018.

5. The Parties last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Content of Joint Case Management Statement currently set for August 8, 2018 is continued to September 12, 2018.

6. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.

7.

DATED: July 10, 2018

By:  */s/ Lori E. Andrus*
       Lori E. Andrus

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com

*Attorneys for Plaintiff*

DATED: July 5, 2018

By:  */s/ Paul Byrne*
       Paul Byrne

Paul Byrne (SBN 190860)
pbyrne@cornerlaw.com

//

//

**Attestation of Concurrence**

I, Lori Andrus, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Paul Byrne.

DATED: July 10, 2018

By: <u>*/s/ Lori E. Andrus*</u>
    Lori E. Andrus

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues and Order to:

1. Continue the hearing on Defendants VIRGIN AMERICA, INC and ALASKA AIR GROUP, INC.'s Motion to Dismiss from August 9, 2018 at 11:00 a.m. to September 13, 2018 at 11:00 a.m.

2. Continue the Initial Case Management Conference currently set for August 15, 2018 at 1:30 p.m. in Courtroom 4 to September ~~19~~ 13, 2018 at ~~1:30 p.m.~~ 11:00 a.m. in Courtroom 4.

3. Continue the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference currently set for July 25, 2018 to September 5, 2018.

4. Continue the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Content of Joint Case Management Statement currently set for August 8, 2018 ~~is~~ to September ~~12~~ 6, 2018.

5. Even though it is unclear whether the parties seek additional time to object to the severing of Defendant Stuart Dinnis from this action, the court construes the parties' submission as such a request, and continues the deadline to object to the severing of Defendant Dinnis from this action to **August 23, 2018**. [*See* Docket No. 19.]

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 10, 2018                    _____

UNITED STATES MAGISTRATE JUDGE