United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

JANE DOE,

Case No. 18-cv-02420-DMR

8

Plaintiff,

9

v.

**ORDER SEVERING CLAIMS AGAINST
DEFENDANT STUART DINNIS AND
SETTING CASE MANAGEMENT
CONFERENCES**

10

VIRGIN AMERICA, INC., et al.,

11

Defendants.

12

No opposition having been filed to the court's August 28, 2018 order (Docket No. 23),

13

Plaintiff's claims against Defendant Stuart Dinnis are severed and shall proceed in a separate case

14

with Dinnis as the sole defendant.  The new case will have a separate case number assigned with

15

no additional filing fee due.  The clerk shall copy the entire docket in this case over to the new

16

case, and the filing date of the new case shall be the date of this order.

17

The hearing on the remaining defendants' motion to dismiss shall take place on September

18

13, 2018 at 11:00 a.m., along with the case management conference.  The court will also hold a

19

case management conference in the new case with Dinnis as the sole defendant on September 13,

20

2018 at 11:00 a.m.  Joint case management statements are due in both cases by September 6, 2018.

21

**IT IS SO ORDERED.**

22

Dated: August 30, 2018

23



Donna M. Ryu
United States Magistrate Judge

24

25

26

27

28