UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 11/13/18 | **Time:** 11:52-12:10 (Init. CMC held together with 4:18-cv-02420-DMR Doe v. Virgin America, Inc., et al) | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 4:18-cv-05393-DMR | **Case Name:** DOE v. Dinnis | |

**For Plaintiff:**
Lori Andrus

**For Defendant:**
No Appearance

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 11:52-12:10

PROCEEDINGS

Initial Case Management Conference held.

Plaintiff shall file a Motion to proceed as Jane Doe as soon as possible.

**COURT SET THE FOLLOWING DATES:**

    Further Case Management Conference:  1/16/2019 at 1:30 p.m.
    Updated Joint Case Management Conference Statement due by:  1/9/2019


**CASE MANAGEMENT AND PRETRIAL ORDER TO BE PREPARED BY:**
    [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**


cc:      Chambers