LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:	(415) 986-1400
Facsimile:	(415) 986-1474

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>      vs.<br><br>STUART DINNIS,<br><br>              Defendant. | CASE NO. 4:18-cv-05393-DMR<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

Plaintiff Jane Doe hereby requests that the Clerk of this Court enter default in this matter against Defendant Stuart Dinnis ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the complaint on Defendant Dinnis on June 4, 2018, evidenced by the proof of service of summons on file with this Court at Docket No. 16.  Defendant Dinnis has failed to appear, plead, or otherwise defend within the time allowed under the Federal Rules of Civil Procedure.

The above-stated facts are set forth in the accompanying Declaration of Lori E. Andrus, filed herewith.

//

//

//

//

//

1  DATED: December 19, 2018        By: _____/s/ Lori E. Andrus_____
2                                           Lori E. Andrus

3                                    Lori E. Andrus (SBN 205816)
                                     lori@andrusanderson.com
4                                    **ANDRUS ANDERSON LLP**
                                     155 Montgomery Street, Suite 900
5                                    San Francisco, CA 94104
                                     Telephone:   (415) 986-1400
6                                    Facsimile:   (415) 986-1474
7                                    *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28