1  LORI E. ANDRUS (SBN 205816)
   lori@andrusanderson.com
2  ANDRUS ANDERSON LLP
3  155 Montgomery Street, Suite 900
   San Francisco, CA  94104
4  Telephone:    (415) 986-1400
   Facsimile:    (415) 986-1474
5
6  *Attorneys for Plaintiff*

7
   UNITED STATES DISTRICT COURT
8
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
   OAKLAND DIVISION
10

11  JANE DOE,                              **CASE NO. 4:18-cv-05393-DMR**
12              Plaintiff,                 **DECLARATION OF LORI E. ANDRUS**
13      vs.                                **IN SUPPORT OF REQUEST FOR**
                                           **ENTRY OF DEFAULT**
14
15  STUART DINNIS,
16              Defendants.
17

I, Lori Andrus, declare as follows:

1. I am a partner in the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto. I submit this declaration in support of Plaintiff's Request for Entry of Default against Defendant Stuart Dinnis.

2. The Complaint in this lawsuit was filed on April 23, 2018.

3. Defendant Dinnis was properly served with the Complaint and the Summons via the Hague Convention on June 4, 2018. *See* Certificate of Service of Foreign Process and Affidavit of Service, attached hereto as Exhibit A, and previously filed with the Court (Docket No. 16).

4. The deadline for Defendant Dinnis to answer or otherwise respond to the Complaint was June 25, 2018.

5. Defendant Dinnis has failed to appear, plead, or otherwise defend within the time allowed under the Federal Rules of Civil Procedure.

6. Defendant Dinnis is neither a minor nor an incompetent person.

I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct. Executed on this 19th day of December at San Francisco, California.

                                              */s/ Lori E. Andrus*
                                               Lori E. Andrus