# EXHIBIT A

SUPREME COURT OF QUEENSLAND

REGISTRY:

NUMBER:

| | |
|---|---|
| Plaintiff: | *JANE DOE* |
| | AND |
| First Defendant: | *VIRGIN AMERICA, INC.* |
| | AND |
| Second Defendant: | *ALASKA AIR GROUP, INC.* |
| | AND |
| Third Defendant: | *STUART DINNIS* |

**REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS AND CERTIFICATE**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague, the 15th of November 1965

| | |
|---|---|
| Lori Andrus<br>Jennie Lee Anderson<br>Andrus Anderson LLP<br>155 Montgomery Street<br>Suite 900<br>San Francisco, CA 94104<br>(415) 986-1400<br>lori@andrusanderson.com | Supreme Court of Queensland<br>P.O. Box 15167<br>City East QLD 4002<br>Australia<br>+61 7 3247 4301<br>courtinfo@justice.qld.gov.au |

The undersigned forwarding authority (on the application of *JANE DOE, c/o Andrus Anderson LLP, 155 Montgomery Street, Suite 900, San Francisco, CA 94104*) has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Stuart Dinnis*
*(located at Sniip (Australia) Limited)*
*5/10 Market Street*
*Brisbane, QLD Australia 4000*

| | |
|---|---|
| REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS AND CERTIFICATE | Name: Lori Andrus<br>Address: 155 Montgomery St, Ste. 900<br>San Francisco, CA 94104 |
| Filed on Behalf of the Plaintiff, JANE DOE<br>Form 10A, Version 1<br>Uniform Civil Procedure Rules 1999<br>Rules 130D and 130F | Phone No: (415) 986-1400<br>Fax No: (415) 986-1474 |

in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.

The receiving authority, *Supreme Court of Queensland*, is requested to return or to have returned to the forwarding authority a copy of the documents with a certificate as provided on the next page.

*List of documents:*

1. Civil Case Cover Sheet, filed April 23, 2018;
2. Complaint, filed April 23, 2018;
3. Plaintiff's Certificate of Interested Parties, filed April 23, 2018;
4. Notice of Case Assignment to Magistrate Judge Donna M. Ryu, filed April 23, 2018;
5. Summons, filed and issued April 24, 2018;
6. Order regarding Initial Case Management Conference and ADR Deadlines, filed April 24, 2018;
7. Judge Ryu's Standing Orders, dated June 23, 2017; and
8. ECF Registration Information Handout.

Done San Francisco, California, United States of America, April 30, 2018

_____
Signature and/or stamp (or both) of forwarding authority.

| | |
|---|---|
| REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS AND CERTIFICATE | Name: Lori Andrus<br>Address: 155 Montgomery St, Ste. 900<br>San Francisco, CA 94104 |
| Filed on Behalf of the Plaintiff, JANE DOE<br>Form 10A, Version 1<br>Uniform Civil Procedure Rules 1999<br>Rules 130D and 130F | Phone No: (415) 986-1400<br>Fax No: (415) 986-1474 |

SUPREME COURT OF QUEENSLAND

REGISTRY: BRISBANE
NUMBER: FS41/18

Applicant: JANE DOE

AND

Respondent: STUART DINNIS

**CERTIFICATE OF SERVICE OF FOREIGN PROCESS**

I, Linda GARDNER, Registrar of the Supreme Court, certify that the attached documents are as follows -

1. The original letter of request for service of process received from Lori Andrus. Jennie Lee Anderson. Andrus Anderson LLP. San Francisco. California. USA.

2. The process received with the letter of request; and

3. Evidence of service upon Stuart DINNIS, the person named in the letter of request.

And I certify that the service so proved, and the proof of that service, comply with the Uniform Civil Procedure Rules, which regulate the service of legal process in Queensland.

And I certify that the cost of effecting service is AU$102.10.

Registrar:

Dated: 13TH June 2018

CERTIFICATE OF SERVICE OF FOREIGN PROCESS
Filed on Behalf of the Applicant
Form 10, Version 1
Uniform Civil Procedure Rules 1999
Rule 130P or 131

Case: 3:18-cv-02420

# AFFIDAVIT OF SERVICE

I, Wayne Norman Reilly, appointed 'Bailiff' to the Supreme & District Courts of Queensland, QEII Courts of Law, 415 George Street, Brisbane 4000, in the State of Queensland, Australia, affirm and declare as follow:

1. I was engaged by the Department of Justice and Attorney General, in the State of Queensland, Australia, to personally serve a document of Civil Proceedings from the Northern District Court of California, USA, on Stuart Dinnis at his place of employment of 5/10 Market Street, Brisbane in the State of Queensland.

**Service:**

2. On Friday 4th June 2018 at approximately 3:30pm, I attended the premises located at 5/10 Market Street, Brisbane in the state of Queensland.

3. I entered the office of Sniip (aust) Ltd. and spoke to the receptionist. I asked if I could speak to Stuart Dinnis. The receptionist stated that Stuart Dinnis is in a meeting. I stated that this will take 30 seconds if he could be excused from the meeting. The receptionist managed to get Stuart Dinnis from the meeting.

4. A male appeared and I identified myself and explained to him that I am there to serve a court document from USA on Stuart Dennis. The male said, "I am Stuart Dennis."

5. I asked him, "What is your full name?" To which he replied, "Stuart Dinnis". I asked him to peruse the document and identify if it is he who is named in the document. He replied, "Yes, I am."

6. Stuart Dinnis accepted service of such document, then I withdrew.

7. Personal service of the document listed in paragraph one was completed on Friday 4th June 2018.

8. Exhibit "A" to this affidavit is a true copy of the document served.

9. All the facts and circumstances in this my affidavit are true and from sources of my own knowledge.

Affirmed by Wayne Norman Reilly on 5th June 2018 at Brisbane in the presence of:

Deponent                                                                                           Justice of the Peace (qual)

Reg No: 85517