LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
PAUL LAPRAIRIE (SBN 312956)
Paul.laprairie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO. 4:18-cv-05393-DMR |
| Plaintiff, | **DECLARATION OF PAUL LAPRAIRIE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT AND SUPPORTING DECLARATIONS** |
| vs. | |
| STUART DINNIS, | |
| Defendant. | |

I, Paul Laprairie, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court.  I am an associate attorney at Andrus Anderson LLP, counsel for Plaintiff.  I submit this Declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Supporting Declarations to Plaintiff's Motion for Judgment Upon Default.

2. Plaintiff has filed conditionally under seal portions of Plaintiff's Motion for Entry of Judgment Upon Default and declarations in support that contain confidential information regarding Plaintiff's medical conditions, financial information, and/or other personally identifiable information.

3. As required by Local Rule 7-11(a), no stipulation could be obtained because Defendant has not appeared in the action.

4. Plaintiff seeks the following pages be filed under seal:

| Document Title | Page:Line |
|---|---|
| Plaintiff's Motion for Judgment Upon Default | 11:10-12; 11:14-24; 12:23; 13:1-7 |
| Declaration of Benjamin J. Albritton | 1:10-11; 1:13-25; 2:3-7; 2:9-25; 3:1-27; 4:1-4; 4:10-20; 4:24-27; 5:1-7 |
| Declaration of Jane Doe's Daughter | Entire Document |
| Declaration of Jane Doe | 1:6-8; 1:10-11; 1:13-22; 1:27-28; 2:1; 2:5; 2:9 |
| Declaration of Jane Doe, Exhibit A: Offer Letter | 1 |
| Declaration of Jane Doe, Exhibit B: Biweekly Earnings | 1 |
| Declaration of Jane Doe, Exhibit C: Promotion Letter | 1-2 |
| Declaration of Paul Laprairie, Exhibit A: Calculations of Plaintiff Jane Doe's Lost Compensation | 1:3; 1:7; 1:10-11; 1:14-17; 1:24-26; 2:1-2; 2:12; 2:16 |
| Declaration of Paul Laprairie, Exhibit B: Calculations of Plaintiff Jane Doe's Diminished Future Earnings | 1:5-6; 2:16 |
| Declaration of Paul Laprairie, Exhibit D: Deposition of Jane Doe | 1:14; 2:14; 100:10-17; 100:22-25; 101:1-9; 101:23-24; 102:2; 102:12-21; 103:2-4; 103:7-8; 103:12-14; 103:16-21; 103:24-25; 171:16-25; 172:1-25; 173:1-25 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 1, 2019            */s/ Paul Laprairie*
                                Paul Laprairie

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests she has obtained concurrence regarding the filing of this document from the signatory above.

Date:   March 1, 2019                    By:   */s/ Lori E. Andrus*
                                                    Lori E. Andrus

LORI E. ANDRUS (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland.belew@andrusanderson.com

*Attorneys for Plaintiff*