LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
Paul Laprairie (SBN 312956)
paul.laprairie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     vs.<br><br>STUART DINNIS,<br><br>            Defendant. | **CASE NO. 4:18-cv-05393-DMR**<br><br>**DECLARATION OF BENJAMIN J. ALBRITTON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT** |

I, Benjamin J. Albritton, declare as follows:

1. I have a doctorate in clinical psychology and I am a board-certified forensic psychologist by the American Board of Professional Psychology. My curriculum vitae is attached as Exhibit A.

2. I have been licensed to practice psychology in the state of Texas since 1986.

3. On October 29, 2018 myself and my colleague, Dr. Mary Madison Eagle, met with Jane Doe for approximately two hours and fifteen minutes.

4. During our meeting, Ms. Doe related to me the details of an alleged sexual assault which occurred in October of 2016.

5. ███████████████████████████████████████████████████████████████████████████████.

6. Ms. Doe related that she told her boss and another colleague at the conference what had happened to her and they attempted to support her. ███████████████████████████████████████████████████████████████. When she returned to Dallas, she informed the HR department at her employer about the events that took place at the conference. ███████████████████████████████████████████████████████████████████████████████████████████████████████████. Her employer's HR department obtained videos of the alleged sexual assault, which occurred in a hotel elevator. ███████████████████████████████████████████████████████████████████.

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

8. During our meeting, Ms. Doe described several detrimental effects of the alleged sexual assault by Mr. Dinnis. Ms. Doe reported her role at the time of the alleged assault

1

DECLARATION OF BENJAMIN J. ALBRITTON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT

Case No: 4:18-cv-05393-DMR

1  necessitated that she travel approximately two weeks or more per month because she was in
2  charge of developing and maintaining business partnerships both domestically and internationally.
3  Following the assault, Ms. Doe manifested extreme anxiety when riding on elevators. █
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████
7  ████████████████████████████████  This caused obvious difficulty with her
8  employment at the time in that she needed to be travelling a considerable percentage of her time
9  on domestic and international flights. ████████████████████████
10 ████████████████████████████████████████████
11 ████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████
16 ████████████████████████. ████████████████████████████████
17 ████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████
19      9.      Additionally, ████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████. █
22 ████████████████████████████████████████████████
23 ████████████████████████████. ████████████████████████████
24 ████████████████████████████████████████████████████
25 ████████████████████  This is obviously hurtful to her in a business capacity, as she is held
26 back from pursuing potential partnership opportunities out of anxiety related to the events of
27 October 2016.
28

1   10.   ██████████████████████████████████████████████
2   ████████████████████████████████████████████████████
3   ███████████████████████████████████████████████████
4   ████████████████████████████████████████████████████
5   ████████████████████████████████████████████████████
6   ██████████████
7   11.   ██████████████████████████████████████████████
8   ████████████████████████████████████████████████████
9   ████████████████████████████████████████████████████
10  ███████████████████████████████████████████████████
11  ████████████████████████████████████████████████████
12  ███████████████████████████████████████████████████
13  ████████████████████████████████████
14  12.   ███████████████████████████████████████████
15  ████████████████████████████████████████████████████
16  ███████████████████████████████████████████████████
17  ███████████████████████████████████████████████████
18  █████████
19  13.   ████████████████████████████████████████████
20  ██████████████████████████████████████████████████
21  █████████████████████████████████
22  14.   ████████████████████████████████████████████
23  ████████████████████████████████████████████████████
24  █████████████████████████████████████████████
25  ████████████████████████████████████████████████████
26  ███████████████████████████████████████████████████
27  ████████████████████████████████████████████████████
28

3

DECLARATION OF BENJAMIN J. ALBRITTON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT

Case No: 4:18-cv-05393-DMR

1  ███████████████████████████████████████████████████████████████████

2  ███████████████████████████████████████████████████████████████████

3  ███████████████████████████████████████████████████████████████████

4  ██████████████

5      15.   Our evaluation of Ms. Doe was limited to an interview with her, a review of the

6  Complaint in the lawsuit, Ms. Doe's timeline of events, the elevator videos of the alleged sexual

7  assault, and Ms. Doe's resume.

8      16.   Given the self-reported information from Ms. Doe in addition to the collateral

9  documents reviewed, there appears to be significant reason to believe that Ms. Doe's present

10 impairments, ████████████████████████████████████████████████████

11 ███████████████████████████████████████████████████████████████████

12 ███████████████████████████████████████████████████████████████████

13 ███████████████████████████████████████████████████████████████████

14 ███████████████████████████████████████████████████████████████████

15 ███████████████████████████████████████████████████████████████████

16 ███████████████████████████████████████████████████████████████████

17 ███████████████████████████████████████████████████████████████████

18 ███████████████████████████████████████████████████████████████████

19 ███████████████████████████████████████████████████████████████████

20 ███████.

21     17.   Inherent in forensic evaluations related to emotional damages claims is a possible

22 motivation to present oneself as more impaired than is actually the case.  Ms. Doe presented no

23 obvious indications of malingering or exaggerating her symptoms.  In fact, rather than over-

24 reporting her symptoms, she reported that some of her symptoms ███████████████████

25 ████████████████, have ameliorated over time. ███████████████████████████████

26 ███████████████████████████████████████████████████████████████████

27 ███████████████████████████████████████████████████████████████████

28

1. ████████████████████████████████████████████████████████

2. █████

3.    18.   █████████████████████████████████████████████

4. ████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████

6. ████████████████████████████████████████████████████

7. ████████████████████████████████████ it is apparent that her reported history reflects a

8. significant change in her functioning and employment which would not have occurred had the

9. alleged sexual assault not occurred.

10.    19.   I declare under penalty of perjury pursuant to the laws of the state of California

11. that the foregoing is true and correct.

February_22, 2019

_____

Benjamin J. Albritton, Psy. D., ABPP