# EXHIBIT A

## TO THE DECLARATION OF
## BENJAMIN J. ALBRITTON

**VITA**

# BENJAMIN J. ALBRITTON, PSY.D., ABPP
# CLINICAL & FORENSIC PSYCHOLOGY
*Board Certified in Forensic Psychology*

8117 Preston Road, Suite 682
Dallas, Texas 75225
Phone: 214/265-1400
Fax: 214/265-1425
ben@swcf.net

### Licensure and Certification

Licensed to practice Psychology in Texas - #2-3300 (1986)

Diplomate in Forensic Psychology,
American Board of Professional Psychology (2010)

Licensed to practice Psychology in Virginia - #0810004386 (2011 only)

National Registry Health Service Providers (inactive)


### Education

| | |
|---|---|
| Psy.D. | Biola University, May 10, 1986 |
| | A.P.A. approved program in Clinical Psychology |
| | Dissertation: Bion's Theory of Thinking: |
| |     Implications for Pathology and Maturity |
| | |
| M.A. | Clinical Psychology, Biola University, May 15, 1984 |
| | |
| Th.M. | Dallas Theological Seminary, 1980 |
| | |
| B.A. | University of Texas, Austin, 1977 |
| | University Wide Committees |
| | Fraternity President |

Benjamin J. Albritton, Psy.D., ABPP                                                                Vita

## Present Employment

| | |
|---|---|
| 2010 to present | Southwest Clinical and Forensics, President |
| 1985 to present | Private Practice -Adult, Adolescent and Child: Individual and Group Psychotherapy, Psychological and Forensic Assessment |
| 2002-2016 | Adjunct Faculty, Dallas Theological Seminary |
| 2001 -2002 | Faculty, Covenant High School, Dallas, Texas |
| 2013-Present | Faculty, National Family Law Trial Institute |

## Professional Membership

American Psychological Association

Division 41 – Psychology and the Law

Texas Psychological Association (Century Club)

Association of Family Conciliatory Courts

Dallas Psychological Association, past member

Dallas Society for Psychoanalytic Studies, past member

Texas Psychological Association

National Family Law Trial Institute, faculty

## Hospital Staff Privileges

Columbia Green Oaks Hospital at Medical City, Dallas, Texas (inactive)

Seay Center at Presbyterian Hospital, Plano, Texas (inactive)

## Previous Work Experience

| | |
|---|---|
| Southwestern Child & Family Associates: 8-89 to 10-97 | Owner/Secretary-Treasurer Group practice with 8 psychiatrists and mental health professionals. Individual and group psychotherapy and psychological assessment, adults, adolescents and children |

| | |
|---|---|
| Highland Park Family Life Center: 1988-91 | Supervision<br>Adult, adolescent and child psychotherapy |
| Swiss Avenue Counseling Center: 1987-90 | Supervision<br>Adult, adolescent and child psychotherapy |
| Incest Recovery Association 5-86 to 3-88 | Group Therapy, adults |
| Garland Hospital Adolescent Unit: 6-86 to 3-87 | Group Therapy |
| Minirth-Meier Clinic 1-86 to 12-87 | Adolescent Group Therapist<br>Assessment and Outpatient Treatment |
| Doug Cosby Youth & Family Growth Center: 1986-89 | Executive Director<br>Adult, adolescent and child psychotherapy<br>Developed residential treatment facility |

## Supervised Experience

| Organization | Experience | Hours | Dates |
|---|---|---|---|
| Maxwell Soll, M.D. | Psychoanalytic Psychotherapy | 1/week | 8/88-present |
| Jerry M. Lewis, III, M.D | Psychotherapy | 1/week | 9/87-8/88 |
| Minirth-Meier Clinic Wysong Hospital Supervisor: Robert Hemflet, Ed.D. | Adult inpatient therapy and assessment | 35/week | 7/15/86 - 6/30/87 |
| Patricia J. Dahm, Ph.D. Private Practice | Individual adult and adolescent psychotherapy, psychological testing | 8/week | 7/15/86 - 6/30/87 |
| Dallas Child Guidance A.P.A. Approved Internship Supervisor: Karl Neuman, Ph.D. | Conducted more than 30 complete psychological evaluations on children, adolescents and adults including projective and Objective measures; Individual and group psychotherapy with children, adolescents and adults; family therapy supervision | 1900 | 9/85-8/86 |

| Organization | Experience | Hours | Dates |
|---|---|---|---|
| MacLaren Hall County of Los Angeles El Monte, California Supervisor: Brad Manning, Ph.D. | Prepared court and Social Services ordered psychological evaluations conducted individual and group psychotherapy in youth inpatient residential facility, observation of psychiatric treatment | 850 | 7/84-6/85 |
| Biola University Counseling Services La Mirada, California Supervisor: James Guy, Ph.D. | Conducted individual adult outpatient therapy, administered and evaluated diagnostic testing | 450 | 9/83-6/84 |
| San Bernardino School System, Severely Emotionally Disturbed Program, San Bernardino, California Supervisor: David Brown, M.A | Conducted individual play therapy, participated in program of behavior modification | 150 | 6/83-8/83 |
| Biola University La Mirada, California Supervision in Hypnosis Supervisor: Vance Shepperson, Ph.D. ABPP | Conducted individual hypnotherapy | 20 | 1/83-6/83 |

**Work Experience**

Director of Development, International School of Theology, San Bernardino, California, 1980 - 1981. Directed the department in student recruitment, fundraising, and public relations.

Instructor, International School of Theology, San Bernardino, California, 1980 - 1982. Theology and Biblical Studies.

## Addition to Vita

Benjamin J. Albritton, Psy.D. is a native of Dallas and graduated from the University of Texas. He later received a four-year Master of Theology degree from Dallas Theological Seminary. During that time, he worked with youth in several church organizations, including Young Life. Following his work at DTS he taught theology for two years with The International School of Theology. At that point he re-entered graduate school, received a master's and doctoral degree in Clinical Psychology from Biola University in California. For part of his practical work, which began in 1983, he worked for the County of Los Angeles conducting evaluations for abused and neglected children. He returned to Dallas to complete his internship at Dallas Child Guidance Clinic, continuing evaluation and treatment of children. His postdoctoral year was done at the Minirth-Meier clinic working in the areas of inpatient and outpatient psychotherapy, which included adult and adolescent treatment and evaluation.

Dr. Albritton entered private practice in 1985 in offices located near Presbyterian Hospital in Dallas. He continues private practice in North Dallas. He has acted as a Clinical Consultant for Doug Cosbie Youth and Family Growth Center, Swiss Avenue Counseling Center, and Highland Park Presbyterian Family Life Center. He has been on the governing boards of My Guardian Angel and Girl's Adventure Trail and the Highland Park Presbyterian Mediative School. He was a therapist for Incest RecoveryCenter for two years. He was a co-founder of Southwestern Child & Family Associates, Inc., a multi-disciplinary group made up of psychiatrists, psychologists, social workers and counselors.

Dr. Albritton is a founder and president of Southwest Clinical and Forensics. He is an adjunct professor at Dallas Theological Seminary and was on the faculty at Covenant High School. He is a member in good standing of Texas Psychological Association, American Psychological Association (including Division 41 for Psychology and the Law). He was listed in the National Registry of Health Service Providers. He was on allied staff at Columbia Green Oaks Hospital at Medical City Dallas, Timberlawn Hospital and Presbyterian Hospital of Plano. His primary areas of expertise included evaluation and treatment of children and adolescents, in addition to his continued work with adults.

In 1991, Dr. Albritton began actively testifying in court related matters, particularly matters involving custody of young children. Since that time, he has pursued supervision as well as additional continuing education within the field of forensic psychology. He has received numerous appointments from the court as well as provided expert testimony in criminal, civil and custody matters. He is board certified in Forensic Psychology by the American Board of Professional Psychology.

Benjamin J. Albritton, Psy.D., ABPP                                                            Vita

## Presentations

Presented seminar on Adolescence and Counseling, Green Oaks Psychiatric Hospital, June 1, 1992.

Co-Presented seminar at the Texas Psychological Association
 *Domestic Violence and Judeo-Christian Religious Beliefs and Behaviors*, October 2001

Presented seminars on Representing Clients with Mental Health Issues
*How to effectively communicate with, and communicate to the Court about, a client with diagnosed mental health issues; How to maximize parental involvement without endangering the child when a parent has mental health issues* and *How to help your client move from victim to co-parent,* April 29, 2011.

Presenter in Panel Discussion on *Innovations – Breaking Boundaries in Custody Litigation*
The University of Texas School of Law, January 24-25, 2013

Instructor for the Houston Family Law Trial Institute, 2012, 2013 and 2014.

Co-Presenter at Texas Bar seminar, *Sex, Drugs & Surveillance 2014*
*Use of Psychological Evaluations and Testing – Family Law Perspective,* January 9-10, 2014

*Innovations-Breaking Boundaries in Custody Litigation,* The University of Texas School of Law, June 2014

Presented *Excluding Expert Witness Testimony in Texas Child Custody Litigation, Innovations-Breaking Boundaries in Custody Litigation,* Fort Worth, Texas, June 5, 2015

Presented *New Law, New Regs-The Nuts and Bolts of Custody and Adoption Evaluations,* Dallas, Texas, September 18, 2015

Presented *Refining Custody and Access Recommendations with Research,* Texas Psychological Association 2015 Annual Convention, San Antonio, Texas, November 12, 2015

Presented *Child Custody Evaluation Bill – Drafting of the Orders,* Texas Bar Advanced Family Law Drafting, Dallas, Texas, December 10, 2015

Instructor, National Family Law Trial Institute, Houston, Texas, May 20-27, 2017

## Continuing Education
## 1992 –2012

3 hours                    Columbia Green Oaks
                           University of Texas-Southwestern Medical Center, Dallas
                           January, 1997–December, 1997

| | |
|---|---|
| 5 hours | Dallas Psychoanalytical Society<br>Psychoanalytic Perspectives on Dissociative Identity Disorder University of Texas-Southwestern Medical Center, Dallas<br>March 8, 1997 |
| 6 hours | Dallas Psychological Association<br>Expert Witness Testimony: Impact of Daubert<br>November 5, 1999 |
| 2 hours | Texas Psychological Association<br>Assessment and Treatment of Anger and Violence in Psychotherapy<br>November 11, 1999 |
| 4 hours | Texas Psychological Association<br>Introduction to Forensic Psychology<br>November 11, 1999 |
| 2 hours | Texas Psychological Association<br>Dissociative Identity Disorder<br>November 11, 1999 |
| 2 hours | Texas Psychological Association<br>May It Please the Court: Psychologists as Expert Witnesses<br>November 12, 1999 |
| 4 hours | Texas Psychological Association<br>Forensics: Adapting to Changes in the Law<br>November 12, 1999 |
| 1 hour | Texas Psychological Association<br>General Session: Psychosynergy<br>November 12, 1999 |
| 7 hours | American Academy of Forensic Psychology<br>An Introduction to Forensic Psychology Practice<br>June 8, 2000 |
| 7 hours | American Academy of Forensic Psychology<br>Comprehensive Child Custody Evaluations<br>June 10, 2000 |
| 7 hours | American Academy of Forensic Psychology<br>Civil Forensic Applications of the MMPI-2<br>June 11, 2000 |

| | |
|---|---|
| 4 hours | Texas Psychol7ogical Association<br>Minefields for Psychologists: A Risk Management<br>Workshop<br>September 7, 2000 |
| 3 hours | Texas Psychological Association<br>Avoiding Liability in Child Custody Practice<br>September 9, 2000 |
| 3 hours | Texas Psychological Association<br>Avoiding Liability in Psychology Practice<br>September 9, 2000 |
| 7 hours | American Academy of Forensic Psychology<br>Evaluating Childhood Trauma<br>February 21, 2001 |
| 7 hours | American Academy of Forensic Psychology<br>A Conciliation/Evaluation Model for Child Custody Determination<br>February 22, 2001 |
| 7 hours | American Academy of Forensic Psychology<br>The Use of the Rorschach in Personal Injury Evaluations<br>February 23, 2001 |
| 7 hours | American Academy of Forensic Psychology<br>Effective Expert Testimony: Law & Practice<br>February 24, 2001 |
| 3 hours | The University of Texas Southwestern Medical Center at Dallas<br>Green Oaks Behavioral Healthcare Services – 2001 Annual Patients'<br>Rights Conference<br>July 27, 2001 |
| 1.25hours | Forensic Group, Dallas, Texas<br>Decision Making Theory and Forensic/Clinical Applications<br>September 12, 2001 |
| 1.25 hours | Forensic Group, Dallas, Texas<br>Personal Injury Evaluation – The Psychologists' View<br>November 14, 2001 |
| 1.25 hours | Forensic Group, Dallas, Texas<br>Personal Injury Evaluation and Daubert – The Lawyer's View<br>January 9, 2002 |

| | |
|---|---|
| 7 hours | American Academy of Forensic Psychology<br>Personal Injury Evaluations: Ethics, Case Law & Practice<br>January 11, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Forensic Case Analysis Using the MMPI-2 & Rorschach<br>January 13, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Assessment of Violent Juvenile Offenders<br>January 14, 2002 |
| 1.25 hours | Forensic Group, Dallas, Texas<br>Child Custody Evaluation Tools – The Psychologist's View<br>February 13, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Critical Issues in Child Sexual Abuse Evaluations<br>March 7, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Expert Witness Liability, Immunity & Ethics<br>March 8, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Recent Developments in the Admissibility of Psychological Evidence<br>March 9, 2002 |
| 7 hours | American Academy of Forensic Psychology<br>Preparing for the Diplomat Exam in Forensic Psychology – ABPP<br>March 10, 2002 |
| 1.25 hours | Forensic Group, Dallas, Texas<br>Family Law and the Daubert Challenge – The Lawyer's View<br>March 13, 2002 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>Risk Assessment, SVP Commitment, & Daubert<br>May 8, 2002 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>Daubert in Practice – How is it Used?<br>June 12, 2002 |

| | |
|---|---|
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – An Overview<br>September 11, 2002 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – Jury Selection<br>October 9, 2002 |
| 7 hours | Dallas Society for Psychoanalytic Psychology<br>Reflective Space<br>October 12, 2002 |
| 1 .25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – Jury Decision Making<br>February 12, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – Bench vs. Jury Trials<br>March 12, 2003 |
| 24 hours | American Academy of Forensic Psychology<br>Advanced Forensic Psychology Practice: Issues and Applications<br>March 20-22, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – Dealing with Mental Disabilities<br>April 9, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Trial Process – Victim Impact Statements<br>May 14, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>HIPAA-Overview and Forensic Psychology Applications<br>June 11, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Role of Apology in the Law<br>October 8, 2003 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>Trial Competency Exams and the new Texas Statutes<br>January 14, 2004 |

Benjamin J. Albritton, Psy.D., ABPP                                                Vita

| | |
|---|---|
| 6 hours | New England Educational Institute<br>Asperger Syndrome: Clinical Features, Assessment, and Intervention<br>Guidelines<br>January 30, 2004 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>The Expert Witness: Reconciling Impartiality and Advocacy<br>March 10, 2004 |
| 1.25 hours | Forensic Group Meeting, Dallas, Texas<br>Child Custody Decision-Making: Best Interest Standard vs.<br>Approximation Rule<br>April 14, 2004 |
| 24 hours | American Academy of Forensic Psychology<br>Advanced Forensic Psychology Practice: Issues and Applications<br>April 22-24, 2004 |
| 6 hours | American Academy of Forensic Psychology<br>Diplomate Preparation Workshop<br>April 25, 2004 |
| 1.5 hours | Forensic Group Meeting<br>Professional Ethics and Family Law: Lawyers and Mental Health<br>Professionals<br>October 13, 2004 |
| 6 hours | Health Education Network, LLC<br>Asperger's Syndrome & Autism Spectrum Disorders in Children &<br>Adolescents<br>October 21, 2004 |
| 1.50 hours | Forensic Group Meeting, Dallas, Texas<br>The Expert Witness: Impartiality and Advocacy in Mental Health<br>Testimony<br>November 10, 2004 |
| 1.50 hours | Forensic Group Meeting, Dallas, Texas<br>The Insanity Defense in Texas: Time for Reform?<br>January 12, 2005 |
| 7 hours | American Academy of Forensic Psychology<br>Forensic Applications of the MM PI-2<br>February 10, 2005 |

| | |
|---|---|
| 7 hours | American Academy of Forensic Psychology<br>Personal Injury Examinations: Ethics, Case Law & Practice<br>February 12, 2005 |
| 7 hours | American Academy of Forensic Psychology<br>Competency to Proceed & Not Guilty by Reason of Insanity: Beyond the<br>Basics<br>February 13, 2005 |
| 7 hours | Collaborative Law Spring Retreat<br>Collaborative Law Institute of Texas<br>March 3-5, 2005 |
| 1.5 hours | Forensic Group Meeting, Dallas, Texas<br>Informed Consent and roles in Forensic Evaluations<br>March 9, 2005 |
| 1.5 hours | Forensic Group Meeting, Dallas, Texas<br>Relocation in Family Law – Legal & Mental Health Perspectives<br>April 13, 2005 |
| 1.5 hours | Forensic Group Meeting, Dallas, Texas<br>Negotiation Skills for Lawyers & Mental Health Professionals: Theory<br>and Practice<br>May 11, 2005 |
| 15 hours | Association of Family and Conciliation Courts<br>Solving the Family Court Puzzle: Integrating Research, Policy and<br>Practice<br>May 18-21, 2005 |
| 11.75 hours | International Academy of Collaborative Professionals<br>Collaborative Law Conference<br>MCLE hours 10.75<br>Ethics 1.00<br>June 3-4, 2005 |
| 7 hours | American Academy of Forensic Psychology<br>Recent Developments in MMPI-II Interpretation: Implications for<br>Forensic Assessment<br>September 22, 2005 |
| 7 hours | American Academy of Forensic Psychology<br>Advanced Topics in Expert Testimony: The Evidence<br>September 23, 2005 |

Benjamin J. Albritton, Psy.D., ABPP                                                    Vita

7 hours                    American Academy of Forensic Psychology
                           Advance Topics in Expert Testimony: The Presentation
                           September 24, 2005

7 hours                    American Academy of Forensic Psychology
                           Preparing for the Board Certification Examination in Forensic Psychology
                           – ABPP
                           September 25, 2005

1.5 hours                  Forensic Group Meeting
                           The Child and Criminal Issues – Views from Law and Psychology
                           November 9, 2005

11.5 hours                 Collaborative Law Spring Retreat
                           February 24–25, 2006

1.5 hours                  Forensic Group Meeting
                           Psycholegal Issues with the Elderly: The Legal View
                           April 12, 2006

1.5 hours                  Forensic Group Meeting
                           Psycholegal Issues with the Elderly
                           March 8, 2006

6 hours                    New England Educational Institute
                           Asperger's Disorder & Autism: An Update on Understanding and
                           Interventions with Fred Volkmar, M. D.
                           May 5, 2006

20 hours                   Association of Family and Conciliation Courts
                           43rd Annual Conference
                           Juggling Conflicts, Crises and Clients in Family Court
                           May 31-June 3, 2006

20 hours                   Seventh International Symposium on Child Custody Evaluations
                           Great Debates in Child Custody Evaluation
                           October 19-21, 2006

8 hours                    Forensic Assessment of Tort Liability and Damages
                           American Academy of Forensic Psychology
                           February 25, 2007

6 hours                    Ethics, Organizational Trauma, & Hope
                           Ethics Workshop
                           March 3, 2007

Benjamin J. Albritton, Psy.D., ABPP                                                                 Vita

| | |
|---|---|
| 3 hours | Psychopathy Issues in Court: Legal and Ethical Implications<br>SMU Department of Psychology. Dallas, Texas<br>April 11, 2007 |
| 3 hours | Sampson's & Tindall's 9th Biennial<br>Family Law Legislative Update<br>Dallas, Texas<br>July 12, 2007 |
| 1.5 hours | Parent Coordination-Legal Developments and Practical Issues Forensic<br>Group -SMU<br>September 12, 2007 |
| 10 hours | Association of Family and Conciliation Courts (Texas Chapter)<br>Texas AFCC 2007 Annual State Conference<br>Child Custody and Mental Health Professionals: Social Sciences on the<br>Witness Stand<br>Austin, Texas<br>October 5-6, 2007 |
| 7 hours | American Academy of Forensic Psychology<br>Contemporary Issues in Forensic Psychology<br>Parenting Coordination: Working with High Conflict Families<br>New Orleans, Louisiana<br>February 8, 2008 |
| 7 hours | American Academy of Forensic Psychology<br>Contemporary Issues in Forensic Psychology Civil Forensic Practice:<br>Developing Legal Issues<br>New Orleans, Louisiana<br>February 8, 2008 |
| 7 hours | American Academy of Forensic Psychology<br>Contemporary Issues in Forensic Psychology Assessment of<br>Psychological Damages in Civil Litigation<br>New Orleans, Louisiana<br>February 8, 2008 |
| 12 hours | Association of Family and Conciliation Courts<br>Advanced Issues in Parenting Coordination: Functional Co- Parenting for<br>High Conflict Families<br>Dallas, Texas<br>February 18, 2008 |

| | |
|---|---|
| 1.5 hours | Forensic Group Meeting<br>Lawyers, Their Experts, and Bias: Research and Ethics<br>Marc Boccaccini, Ph.D.<br>Dallas, Texas<br>April 9, 2008 |
| 15 hours | Association of Family and Conciliation Courts Fitting the Forum to the Family: Emerging Challenges Vancouver, British Colombia<br>May 28-31, 2008 |
| 3 hours | Forensic Group Meeting<br>Diversion Courts: Innovations in Mental Health and the Law Honorable Susan Hawk, Presenter<br>Dallas, Texas<br>September 10, 2008 |
| 5 hours | Association of Family and Conciliation Courts<br>Eighth International Symposium on Child Custody Evaluations<br>Albuquerque, New Mexico<br>September 25, 2008 |
| 3 hours | Forensic Group Meeting<br>Clashes at the Intersection of the Law and Mental Health John A. Zervopoulos, Ph.D., Presenter<br>Dallas, Texas<br>December 3, 2008 |
| 3 hours | Forensic Group Meeting<br>Innovations in Mental Healthy and the Law<br>John A. Zervopoulos, Ph.D.<br>Dallas, Texas<br>March 11, 2009 |
| 16 hours | Collaborative Law<br>Basic Training<br>Janet P. Brumley, P.C., Presenter<br>Dallas, Texas<br>March 19 - 20, 2009 |
| 40 hours | Dispute Mediation Service<br>Basic Mediation Training Jennifer Calhoun<br>Dallas, Texas<br>April 24 – 25, 2009 |

| | |
|---|---|
| 6 hours | Treating Compulsive Sexual Behaviors<br>Basic Training<br>Greg D. Green, Presenter<br>Dallas, Texas<br>April 30, 2009 |
| 3 hours | Forensic Group Meeting<br>Innovations in Mental Health and the Law<br>John A. Zervopoulos, Ph.D., Presenter<br>Dallas, Texas<br>May 13, 2009 |
| 7 hours | American Academy of Forensic Psychology<br>Forensic Report Writing<br>Thomas Grisso, Ph.D.<br>Hartsdale, New York<br>May 22, 2009 |
| 12 hours | MMPI-2/MMPI-A Workshops and Symposia<br>MMPI-2/MMPI-A Training<br>Yossef S. Ben-Porath<br>Grapevine, Texas<br>October 15, 2009 |
| 3 hours | Forensic Group meeting<br>Forensic MH Reports<br>John A. Zervopoulos, Ph.D.<br>February 10, 2010 |
| 3 hours | Forensic Group Meeting<br>Diagnoses and Expert Testimony<br>John A. Zervopoulos, Ph.D.<br>January 12, 2011 |
| 3 hours | Forensic Group Meeting<br>Child Protection Matters<br>John A. Zervopoulos, Ph.D.<br>March 9, 2011 |
| 18 hours | Research, Policy and Practice in Family Courts: What's Gender Got to Do With It?<br>Association of Family and Conciliation Courts (AFCC)<br>June 2011 |

| | |
|---|---|
| 4 hours | A Comprehensive Look at Addiction Treatment |
| | Texas Health Research & Education Institute |
| | Presbyterian Hospital, Dallas, TX |
| | September 30, 2011 |
| 7 hours | American Academy of Forensic Psychology |
| | Psychopathology and Diagnostic Clarity |
| | Lois Condie, Ph.D. |
| | November 2, 2011 |
| 6 hours | American Academy of Forensic Psychology |
| | Violence Risk Assessment |
| | Daniel J. Neller, Psy.D. |
| | November 3, 2011 |
| 3 hours | Forensic Group Meeting |
| | Wrongful Convictions: Problems, Remedies, |
| | and the Innocence Project of Texas |
| | John A. Zervopoulos, Ph.D. |
| | November 9, 2011 |
| 6 hours | Current Ethical Conflicts in Psychology |
| | Donald N. Bersoff, Ph.D., ABPP |
| | July 11, 2012 |
| 6 hours | Behavior Therapy for Adolescents & Young Adults Diagnosed |
| | with Autistic Spectrum Disorders |
| | Daniel C. Marston, Ph.D., ABPP |
| | July 12, 2012 |
| 6 hours | Forensic Mental Health Assessment: A Principles-Based Model |
| | Kirk Heilbrun, Ph.D., ABPP |
| | July 13, 2012 |
| 3 hours | Forensic Group Meeting |
| | Mitigation Law, Practice and Ethics |
| | John A. Zervopoulos, Ph.D. |
| | September 12, 2012 |
| 1.5 hours | Forensic Group Meeting |
| | Managing Severe Disruptions in Parent-Child Relationships: Professional |
| | and Ethical Issues |
| | John A. Zervopoulos, Ph.D. |
| | September 14, 2012 |

| | |
|---|---|
| 1.5 hours | Forensic Group Meeting<br>The Psychology of a Verdict and Its Impact on Trial Strategy<br>John A. Zervopoulos, Ph.D.<br>January 9, 2013 |
| 11.5 hours | The University of Texas School of Law<br>Innovations – Breaking Boundaries in Custody Litigation<br>Alison Driscoll Chang<br>Austin, Texas<br>January 24-25, 2013 |
| 7 hours | American Academy of Forensic Psychology<br>Advanced Issues in Child Custody and Parenting Evaluations<br>Philip Stahl, Ph.D., ABPP<br>New Orleans, LA<br>February 23, 2013 |
| 1.5 hours | Forensic Group Meeting<br>Miranda: Conceptual Framework and Professional Practice<br>Richard Rogers, Ph.D., ABPP<br>Regents Professor of Psychology<br>University of North Texas, Denton, TX<br>March 20, 2013 |
| 16.5 hours | Association of Family and Conciliation Courts<br>AFCC 50th Anniversary Conference<br>Children Resisting Contact with a Parent Post Separation<br>Risk Assessment for Family court<br>Sexual Abuse allegations in Child Custody Evaluations<br>The Family court of the Future<br>Shared Parenting: The Next 50 years<br>Fifty Years of Cognitive Science<br>The Nexus of Psychological Testing and Parenting<br>Los Angeles, CA<br>May 29 - June 1, 2013 |
| 3 hours | Texas Psychological Association<br>Board Complaints – A view from the Board and the Bar<br>Cedar Park, TX<br>September 13, 2013 |
| 1.5 hours | Forensic Group Meeting<br>Are Retained Experts Biased?<br>Marcus Boccaccini, Ph.D.<br>Sam Houston State University Clinical Psychology Program |

|  | Prof. Frederick C. Moss<br>Professor of Law (Emeritus)<br>Antoinette R. McGarrahan, Ph. D.<br>Forensic Psychology; Neuropsychology<br>Dallas, TX<br>January 8, 2014 |
|---|---|
| .75 hour | State Bar of Texas<br>Sex, Drugs & Surveillance 2014<br>Susan A. Rankin<br>Houston, TX<br>January 10, 2014 |
| 14.5 hours | Innovations-Breaking Boundaries in Custody Litigation<br>University of Texas School of Law<br>June 2014 |
| 20.75 hours | Navigating the Waters on Shared Parenting<br>AFCC, 51st Annual Conference, Including sessions on Alcohol<br>Monitoring, Sharing Parenting, Parenting Arrangements in DV Related<br>Child Custody Cases, Overnights and Young Children, Overnights and<br>Relocation, and Attachment and the Science of Neurodevelopment<br>Toronto, Canada<br>May 28-31, 2014 |
| 3 hours | Immigration-Mental Health Issues: Legal Challenges<br>Forensic Group in Dallas Texas<br>Dallas, Texas<br>September 2014 |
| 17 hours | Child Custody Evaluations, Examining Unintended Consequences<br>AFCC, 11th Symposium on Child Custody Evaluations<br>San Antonio, Texas<br>November 6-8, 2014 |
| 3 hours | Should Lawyers Talk with Testifying Experts? Ethics Concerns;<br>Practice Tips<br>Forensic Group Meeting<br>Dallas, Texas<br>November 12, 2014 |
| 5 hours | Bridging the Gap Between Psychology and Law; Ethical, Procedural<br>And Diversity Challenges in Civil Litigation (Ethics)<br>I Know You Can Help; You're Just Like Me (Cultural Diversity)<br>Texas Psychological Association<br>Dallas, Texas |

Benjamin J. Albritton, Psy.D., ABPP                                                           Vita

November 14, 2014

11 hours                Innovations: Breaking Boundaries in Custody Litigation
                        Texas Bar
                        Fort Worth, Texas
                        June 4-5, 2015

1.5 hours               Competency to Stand Trial – Legal Issues and Assessment Challenges
                        Forensic Group Meeting
                        Dallas, Texas
                        September 9, 2015

15.50 hours             Advanced Issues in Child Custody: Evaluation, Litigation and Settlement
                        Including Ethical and Tactical Considerations in Pre-Custody Evaluation,
                        Shared Parenting: Legal Changes and New Research Findings, Same-Sex
                        Marriage and Parenting, Evaluations with Allegations of Intimate Partner
                        Violence, Advanced Issues in Psychological Testing, Cross-Examining the
                        Mental Health Professional
                        Association of Family and Conciliation Courts
                        Washington, DC
                        October 1-3, 2015

12.5 hours              Equine Assisted Therapy, Evaluation and Treatment Issues for
                        Persons Found Incompetent to Stand Trial, Post-Colonial Psychology:
                        Towards Social Justice and a New View of Cultural Competence,
                        Psychotherapy Relationships and Treatment Adaptations that Work:
                        Evidence –based Responsiveness, Refining Custody and Access
                        Recommendations with Research
                        Texas Psychological Association 2015 Annual Convention
                        San Antonio, Texas
                        November 12-13, 2015

3 hours                 Risk Assessment: Conceptual Challenges: Measurement Issues
                        Forensic Group Meeting
                        Dallas, Texas
                        January 13, 2016

6 hours                 What Now? Parenting Plans and Domestic Violence
                        Texas Chapter of Association of Family and Conciliation Courts
                        Austin, Texas
                        January 22, 2016

| 21 hours | Trauma Focused Equine Assisted Psychotherapy |
| | Texas State Board of Social Workers Examiners |
| | Texas State Board of Examiners of Professional Counselors |
| | Texas Board of Examiners of Marriage and Family Therapists |
| | Liberty, Texas |
| | February 5-7, 2016 |

3 hours       Same-Sex Marriage: The Law; Next Steps; Implications for MH Testimony
Forensic Group Meeting
Dallas, Texas
March 9, 2016

16.5 hours       Animal-Assisted Therapy to Families in High Conflict
Bias in the Family
Reassessing Domestic Violence
Same-Sex Parents Families
Modern Fathering
Expert Relationships: Ethics and Choices
Adoption and Marriage
Unsubstantiated Allegations of Child Sexual Abuse
General Acceptance Factor
Association of Family and Conciliation Courts
Seattle, Washington
June 1-3, 2016

4 hours       *Ethics Professional Development* and *Diversity of Professional Development*
Collin County Psychological Association
Local Area Society of Texas Psychological Association
Plano, Texas
October 28, 2016

3 hours       *Science, Inferences and Fact: A Fresh View for MH Experts and Lawyers*
Forensic Group of Dallas
Dallas, Texas
January 11, 2017

3 hours       *Do You Have a PLAN: A Model for Lawyers and Mental Health Experts*
Forensic Group Meeting
Dallas, Texas
May 10, 2017

| | |
|---|---|
| 15 hours | Parent-Child Contact Problems<br>Theories, Evaluations, and Decisions with Substance Abusing Parents<br>Why Therapists Can't Do It All<br>Bias in Custody Evaluations<br>Honor Thy Children<br>Assessing Allegations of IPV in Custody Evaluations<br>Association of Family and Conciliation Courts<br>Boston Massachusetts<br>May 31 – June 3, 2017 |
| 3 hours | *Neuroscience/Neuroimaging: What It Is; Using It In Court*<br>Forensic Group Meeting<br>Dallas, Texas<br>November 8, 2017 |
| 6.5 hours | Impact of the 2017 Legislative Session on Mental Health Professions<br>Ask the Attorneys Town Hall<br>Texas State Board of Examiners of Psychologists Update<br>Growing Psychology: Future Opportunities in Forensic Psychology<br>Texas Psychological Association<br>Houston, Texas<br>November 16-18, 2017 |
| 3 hours | *Utilizing Assessment Tools for Differential Diagnosis in Children*<br>Texas Psychological Association<br>Houston, Texas<br>November 16, 2017 |
| 3 hours | *The Psychologist's Role in Juvenile Waiver to Adult Court Evaluations*<br>Texas Psychological Association<br>Houston, Texas<br>November 16, 2017 |
| 1 hour | *Effectively Working with Parents as a Pediatric Psychologist*<br>Texas Psychological Association<br>Houston, Texas<br>November 16, 2017 |
| *1* hour | *The New Frontier of Brain Science in the Treatment of Stress and Trauma*<br>Texas Psychological Association<br>Houston, Texas<br>November 17, 2017 |

Benjamin J. Albritton, Psy.D., ABPP                                                      Vita

| | |
|---|---|
| 2 hours | *Recognizing, Treating, and Preventing Trauma in LGBTQ Youth*<br>Texas Psychological Association<br>November 17, 2017 |
| 1 hour | *Working with Gender Diverse Adolescents: Addressing Needs of the*<br>*Client, Family and Beyond*<br>Texas Psychological Association<br>November 18, 2017 |
| 3 hours | *Social Media in Litigation: Practical Issues and Ethical Concerns*<br>Forensic Group Meeting<br>Dallas, Texas<br>September 12, 2018 |
| 14.5 hours | *We Shall Overcome, but Who is We Exactly?*<br>*Attitudes and Juvenile Justice*<br>*Biases and Heuristics in Jury/Judicial Decisions*<br>*Issues in Interpersonal Violence/Domestic Violence*<br>*Current Trends in Forensic Practitioners' Consultation of Social Media*<br>*as Collateral Data*<br>*Rapport in Investigations*<br>*Pitfalls and Potential Opportunities When Interviewing Children in*<br>*Forensic and Legal Settings*<br>*Using Our Research in the Struggle for Racial Justice: Pathways to*<br>*Engaged Scholarship*<br>*Child Eyewitnesses*<br>*Questioning Children*<br>*The Ethical Treatment of Juveniles and Solitary Confinement:*<br>*The Kalief Browder Story*<br>*Intrafamilial Abuse and Neglect*<br>Consolidated Continuing Education & Professional Training (CONCEPT)<br>Memphis, Tennessee<br>March 8-10, 2018 |
| 3 hours | *Psychological Autopsy: What It Is; Its Use In Court*<br>Forensic Group Meeting<br>Dallas, Texas<br>September 12, 2018 |

| 13 hours | Guidelines and Standards and Rules, Oh My! Implications for Parenting, Policy and Practice |
| | AFCC Model Standards of Practice for Child Custody Evaluation |
| | Navigating Substance Abuse Allegations in Child Custody Cases |
| | Interviewing and Assessing Children in Family Law Matters: Using the Literature |
| | The New Uniform Nonparent Custody and Visitation Act: What Lawyers, Judges, and Custody Evaluators Need to Know |
| | Interviewing Children |
| | Association of Family and Conciliation Courts |
| | Denver, Colorado |
| | November 8-10, 2018 |

12 hours          Forensic Interviews of Children and Adolescents
                  How to Communicate to a Modern Jury, the Pitfalls of Being a Psychologist
                       In Court
                  Persisting in the Face of Poverty (Cultural Diversity)
                  Texas State Board of Examiners of Psychologists Update (Ethics)
                  The Changing Landscape of Competency to Stand Trial Evaluations
                  The Effects of Trauma on Mental and Physical Health in Special
                       Populations (Cultural Diversity)
                  TPA PAC – Looking Back; Looking Ahead
                  Texas Psychological Association, 2018 Annual Convention
                  Cedar Park, Texas
                  November 16-17, 2018

1 hour            *Ethical Procedures, Pitfalls and Preparation in Responses to Forensic
                       Issues*
                  Christian Association of Psychological Studies
                  Plano, Texas
                  December 7, 2018

3 hours           *Criminal Responsibility: 17 or 18 years old-Legal, Medical, Psychological
                       Issues*
                  Forensic Group of Dallas
                  Dallas, Texas
                  January 9, 2019