LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        vs.<br><br>STUART DINNIS,<br><br>                Defendant. | **CASE NO. 4:18-cv-05393-DMR**<br><br>**DECLARATION OF LORI ANDRUS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Lori Andrus, declare as follows:

1. I am a partner in the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto. I submit this declaration in support of Plaintiff's Supplemental Briefing in Support of Motion for Default Judgment.

2. Prior to attempting service, I determined that Stuart Dinnis, a competent adult, was residing in, and employed in, Australia. A simple internet search revealed that he was employed at Sniip in Brisbane, Australia. Several internet sites included his photograph (recognizable to my client, and identical to the man shown in the video of the elevator assault), the unusual spelling of his last name, and his work history, all of which matched our understanding of his work history, likeness, and location. Attached as Exhibit A are true and correct copies of website entries identifying him as working at Sniip in Brisbane, Australia, last accessed May 12, 2019.

3. I caused to be submitted to the Supreme Court of Queensland a Request for Service Abroad of Judicial Documents, Summary of Documents to be Served, attaching a blank Certificate of Service, Written Undertaking as to Service Abroad, and two copies of the documents to be served.

4. All documents served on Stuart Dinnis were written in English as required by the Hague Convention on Service Abroad. Attached as Exhibit B is a true and correct copy of the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

5. Attached as Exhibit C are true and correct copies from the Hague Convention website of Australia's Declarations to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents, Australia's Central Authority and practical information, and other listed authorities who may accomplish service in Australia.

1    6.    Attached as Exhibit D is a true and correct copy of The Certificate of Service of Foreign Process executed by Linda Gardner, Registrar of the Supreme Court of Queensland, Australia, including the Affidavit of Service of Wayne Norman Reilly and the documents served on Stuart Dinnis.

I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct.

Dated:  May 17, 2019

                                            */s/ Lori Andrus*
                                              Lori Andrus

DECLARATION OF LORI ANDRUS ISO PLAINTIFF'S SUPPLEMENTAL BRIEFING ISO MOTION FOR DEFAULT JUDGMENT