Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>STUART DINNIS,<br><br>    Defendant. | **CASE NO. 4:18-cv-05393-DMR**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, H, I, AND PORTIONS OF PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Civil Local Rules 79-5, 7-11, and the Stipulated Protective Order. Case No. 4:18-CV-02420-DMR, Doc. 48, Plaintiff hereby submits this Administrative Motion to File Under Seal ("Motion").  Plaintiff seeks to file under seal portions of the Supplemental Briefing containing information held as confidential by Virgin America and other personally identifying third party information contained in certain exhibits.

**I.      Plaintiff Conditionally Lodges Under Seal Documents Which Virgin America Has Designated As Confidential.**

Plaintiff has lodged under seal Exhibits F, H, I, and other portions of Plaintiff's Supplemental Briefing in Support of Default Judgment, as these documents have been designated confidential by Virgin America, pursuant to the Protective Order in Doe v. Virgin America, Case No. 4:18-CV-02420-DMR (Dkt. No. 48).  The Declaration of Lori E. Andrus is submitted in support of this conditional

lodging, and identifies therein at Section I the documents so lodged and redactions applied pursuant to Virgin America's designations.

## II. Compelling Reasons Exist to Maintain the Confidentiality of an Absent Party and Tangentially-Involved Third Parties.

The right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this Motion.  The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy.  Cal. Const. art. I, § 1.  There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)).

The information to be filed under seal involves contact information, employment agreements, and other sensitive information.  Further, the public has "minimal interest" in the information because it "is not necessary to the public's understanding of the case." *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

## III. Conclusion

For the foregoing reasons, Plaintiff requests that the Court grant its motion to seal Exhibits F, H, I, and portions of Plaintiff's Supplemental Briefing in Support of Default Judgment given that these documents contain confidential and other personally identifiable information that warrant protection.

Dated: July 12, 2019

Respectfully Submitted,

  */s/ Lori E. Andrus*
  Lori E. Andrus

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

*Attorney for Plaintiff*