Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>STUART DINNIS,<br><br>    Defendant. | CASE NO. 4:18-cv-05393-DMR<br><br>**DECLARATION OF LORI E. ANDRUS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, H, I, AND PORTIONS OF PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Lori E. Andrus, do hereby declare and state as follows:

1. I am a partner in the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California.  I submit this Declaration in support of Plaintiff's Administrative Motion to File Under Seal Exhibits F, H, I, and portions of Plaintiff's Supplemental Briefing in Support of Motion for Default Judgment.

I. *Documents and Information Lodged Conditionally Under Seal Pursuant to Virgin America's Designations.*

1. Plaintiff has filed conditionally under seal Exhibits F, H, I, and portions of Plaintiff's Supplemental Briefing in Support of Motion for Default Judgment that were designated as

1  "Confidential" by Virgin America when produced in response to Plaintiff's discovery requests
2  pursuant to the Protective Order, filed October 8, 2018 in the related case.
3      2.    Plaintiff has accordingly redacted the "Confidential" information that was incorporated
4  into the briefing and the Declaration of Lori E. Andrus in support.

*   *   *

6  I declare under penalty of perjury that the foregoing is true and correct under the laws of the
7  State of California.

Respectfully Submitted,

Dated: July 12, 2019

    */s/ Lori E. Andrus*
    Lori E. Andrus

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Attorney for Plaintiff*