Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> STUART DINNIS, <br><br> Defendant. | CASE NO. 4:18-cv-05393-DMR <br><br> **PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

Pursuant to the Court's Order to Submit Supplemental Briefing in Support of Motion for Default Judgment, Dkt. No. 57, Plaintiff proffers this additional information and evidence supporting personal jurisdiction in this Court over Defendant Stuart Dinnis.

In 2016, Stuart Dinnis was a domiciliary of California.  He was employed as the Director of Loyalty for Virgin America, Inc. a Delaware corporation with its principal place of business in Burlingame, California.  *See* Exhibits A and B to the Declaration of Lori E. Andrus, submitted herewith.[1]  He lived in San Francisco with his family.  Exh. B.  He maintained a San Francisco Bay Area cell phone number, and regularly posted on social media about his family's activities in the Bay Area.  *See* Exhs. C, D, E, and F.

Further, Dinnis's conduct was inextricably connected to his contacts with this state.

---

[1] All Exhibit citations are to the Declaration of Lori E. Andrus unless otherwise noted.

1  As this court previously found, Plaintiff has alleged sufficient facts supporting her claim that
2  Dinnis was acting within the scope of his employment at the time of the alleged assault.
3  Order Granting & Denying Defendants Motion to Dismiss Complaint, Oct. 22, 2018, p. 7:2-6,
4  Case No. 18-cv-02420-DMR, Dkt. No. 15. Dinnis attended the conference in Toronto "in
5  furtherance of, and for the benefit of, Virgin's business," and Virgin expected him "to attend
6  networking events and hold business meeting[s] with key partners of the loyalty program."
7  *Id*.

8  During 2016, Alaska Airlines was in the process of purchasing Dinnis's employer,
9  Virgin America. Exh. G. In the summer of 2016, and prior to the assault of Jane Doe, Dinnis
10 received an offer letter ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *Id.*

20 In late October, 2016, after the assault, when confronted by his superiors, Dinnis said:
21 "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇" Exh. I.

24 Based on the foregoing information and evidence, at the time of the assault, and
25 afterwards, Dinnis exhibited every intention of remaining in California. For purposes of
26 establishing personal jurisdiction, Dinnis was both "at home" in the state and the actions
27 giving rise to Plaintiff's claim would not have occurred but for Dinnis' forum related
28 activities.

DATED: July 12, 2019       By:      */s/ Lori E. Andrus*
                                         Lori E. Andrus

                           Lori E. Andrus (SBN 205816)
                           lori@andrusanderson.com
                           **ANDRUS ANDERSON LLP**
                           155 Montgomery Street, Suite 900
                           San Francisco, CA 94104
                           Telephone:  (415) 986-1400
                           Facsimile:   (415) 986-1474

                           *Attorney for Plaintiff*