Lori E. Andrus (SBN 205816)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART DINNIS,<br><br>　　　　Defendant. | Case No. 4:18-cv-05393-DMR<br><br>**DECLARATION OF LORI E. ANDRUS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Lori E. Andrus, do hereby declare and state as follows:

1.  I am a partner at law in the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California.

2.  I make this declaration based on my personal knowledge of the facts contained herein and if called as a witness I could and would competently testify thereto.

3.  I am familiar with Plaintiff's Supplemental Briefing in Support of Motion for Default Judgment and believe that the facts as set forth therein are true.

4.  Attached hereto as **Exhibit A** is a true and correct copy of Secretary of State Statement of Information Form, SI-550, for Virgin America, Inc., filed January 17, 2017.

5. Attached hereto as **Exhibit B** is a true and correct copy of a printout of Stuart Dinnis's imediaconnection.com account profile. The profile says "Dinnis now lives in San Francisco with his family" and was accessed from the internet on August 23, 2018.

6. Attached hereto as **Exhibit C** is a true and correct copy of Stuart Dinnis's Instagram post captioned "doing laps," posted on August 28, 2016 at "Fort Mason Park."

7. Attached hereto as **Exhibit D** is a true and correct copy of Stuart Dinnis's Instagram post captioned "The GG on my morning run," posted on August 28, 2016 at "Fort Mason Center, Festival Pavillion (pier 3)."

8. Attached hereto as **Exhibit E** is a true and correct copy of Stuart Dinnis's tweet from October 29, 2016 in San Francisco.

9. Attached hereto as **Exhibit F** is an email conversation between Stuart Dinnis and ▮▮▮▮▮. Page 3 identifies Stuart Dinnis's cell phone number as "+1 ▮▮▮▮," which contains a San Francisco/Bay Area area code.

10. Attached hereto as **Exhibit G** is a true and correct copy of news release entitled "Alaska Air Group to Acquire Virgin America, Creating West Coast's Premier Carrier," dated April 4, 2016.

11. Attached hereto as **Exhibit H** is a true and correct copy of the ▮▮▮▮ and identified as Bates VX00083 – VX00100.

12. Attached hereto as **Exhibit I** is a true and correct copy of the email sent by Stuart Dinnis to ▮▮▮ and ▮▮▮ on October 29, 2016.

13. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated:  July 12, 2019

Respectfully submitted,

*/s/ Lori E. Andrus*
Lori E. Andrus

Lori E. Andrus (SBN 205816)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com

*Attorney for Plaintiff*