# EXHIBIT A

17-004612

| Secretary of State<br>Statement of Information<br>(California Stock, Agricultural Cooperative and Foreign Corporations) | 29 | SI-550 | FILED<br>Secretary of State<br>State of California<br>JAN 17 2017 |
|---|---|---|---|

**IMPORTANT** — Read instructions **before completing this form.**

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

NF
This Space For Office Use Only

**1. Corporation Name** (Enter the exact name of the corporation as it is currently recorded with the California Secretary of State)

VIRGIN AMERICA INC.

**2. 7-Digit Secretary of State File Number**

C2846449

**3. Business Addresses**

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>555 AIRPORT BLVD, STE 500 | BURLINGAME | CA | 94010 |
| b. Mailing Address of Corporation, if different than Item 3a<br>PO BOX 68900-SEAZL | SEATTLE | WA | 98168 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>555 AIRPORT BLVD, STE 500 | BURLINGAME | CA | 94010 |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer/ | BENITO | | MINICUCCI | |
| Address: 19300 INTERNATIONAL BLVD | City: SEATTLE | State: WA | Zip: 98188 | |
| b. Secretary | SHANNON | K. | ALBERTS | |
| Address: 19300 INTERNATIONAL BLVD | City: SEATTLE | State: WA | Zip: 98188 | |
| c. Chief Financial Officer/ | BRANDON | | PEDERSEN | |
| Address: 19300 INTERNATIONAL BLVD | City: SEATTLE | State: WA | Zip: 98188 | |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| a. BRADLEY | | TILDEN | |
| Address: 19300 INTERNATIONAL BLVD | City: SEATTLE | State: WA | Zip: 98188 |

b. Number of Vacancies on the Board of Directors, if any [ ]

**6. Agent for Service of Process** — Item 6a and 6b: If the agent is an **individual**, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City | State | Zip Code |
|---|---|---|---|
| | | CA | |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete item 6a or 6b
CT CORPORATION SYSTEM

C0168406

**7. Type of Business**

Describe the type of business or services of the Corporation
COMMERCIAL AIRLINE

**8. The Information contained herein, including in any attachments, is true and correct.**

| 1/3/2017 | SHANNON K. ALBERTS | SECRETARY | [signature] |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 11/2016)
2016 California Secretary of State
www.sos.ca.gov/business/be