# EXHIBIT B

Case 4:18-cv-05393-DMR   Document 62-2   Filed 07/12/19   Page 2 of 3

# Stuart Dinnis



**Director of Loyalty**
Virgin America

Get Connected

**BIO**

Stuart Dinnis is the director of loyalty for the award-winning, California-based airline Virgin America. In his role, Dinnis is responsible for leading the airline's Elevate loyalty program, overseeing revenue growth across the program's portfolio of air and non-air partners and managing the growing membership base of 3.5 million.

Prior to this, Dinnis was the head of commercial for Virgin Australia's loyalty program, Velocity Frequent Flyer. Dinnis spearheaded the program's double-digit membership growth and a number of innovations in the loyalty industry, including the dual-sided membership and prepaid Visa Travel card portfolio that exceeds 1.5 million cardholders. The growth of Velocity Frequent Flyer resulted in a partial sale to a private equity firm in 2014, valuing the program at $1 billion.

During his seven-year tenure at Virgin Australia, Dinnis was heavily involved in the repositioning of the airline from its

Case 4:18-cv-05393-DMR   Document 62-2   Filed 07/12/19   Page 3 of 3

original market position as a low-cost carrier into a premium, full-service airline. This included the planning and development of the airline's long-haul operations, virtual international network with a number of carriers, purchase of new aircraft, and negotiations with airports.

Dinnis is a qualified CPA by trade and credits his analytical insights from 20 years in banking and finance, property, and mobile telecommunications. He holds a Bachelor of Commerce Degree and a master's degree in Accounting. Originally from Brisbane, Australia, Dinnis now lives in San Francisco with his family.