# EXHIBIT C

Search   Log In   Sign Up





**stuartdinnis** • Follow
Fort Mason Park

**stuartdinnis** Doing laps

**karenpeirce1525**, **bexxfitlife**, **edwinapickering** and **leighmmason** like this

AUGUST 28, 2016

Log in to like or comment.

**Log In to Instagram**

Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up

Search   Log In   Sign Up

**Log In to Instagram**

Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up