# **EXHIBIT D**

Search  Log In  Sign Up





**stuartdinnis** • Follow
Fort Mason Center, Festival Pavillion (pier 3)

**stuartdinnis** The GG on my morning run

**bexxfitlife**, **ryan.both**, **brennanjude**, **belinda_79**, **georgeno**, **aussiemace** and **belindajharrison** like this

AUGUST 28, 2016

Log in to like or comment.

**Log In to Instagram**

Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up

Search

Log In　Sign Up

**Log In to Instagram**

Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

**Sign Up**