# **EXHIBIT E**




