# EXHIBIT F

# DOCUMENT LODGED

# UNDER SEAL