# EXHIBIT H

# DOCUMENT LODGED

# UNDER SEAL