# EXHIBIT I

# DOCUMENT LODGED

# UNDER SEAL