1  LORI E. ANDRUS (SBN 205816)
   lori@andrusanderson.com
2  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
3  San Francisco, CA  94104
   Telephone:     (415) 986-1400
4  Facsimile:     (415) 986-1474

5  *Attorney for Plaintiff*

6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11

| | |
|---|---|
| JANE DOE, | Case No.: 4:18-CV-05393-DMR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| STUART DINNIS, | |
| Defendant. | |

17
        PLEASE TAKE NOTICE that Lori E. Andrus, Attorney for Plaintiff, will be out of town,
18
   and, thus, unavailable for a court appearance, from July 24, 2019 to August 5, 2019, inclusive.
19

20   DATE: July 15, 2019            By:      */s/ Lori E. Andrus*
21                                           Lori E. Andrus

22                                  LORI E. ANDRUS (SBN 205816)
                                    lori@andrusanderson.com
23                                  ANDRUS ANDERSON LLP
                                    155 Montgomery Street, Suite 900
24                                  San Francisco, CA  94104
                                    Telephone:     (415) 986-1400
25                                  Facsimile:     (415) 986-1474

26                                  *Attorney for Plaintiff*

27
28
                                              Case No.: 4:18-CV-05393-DMR
       PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL