1  Lori E. Andrus (SBN 205816)
   lori@andrusanderson.com
2  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
3  San Francisco, CA  94104
   Telephone:    (415) 986-1400
4  Facsimile:    (415) 986-1474

5  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     vs.<br><br>STUART DINNIS,<br><br>            Defendant. | Case No.: 4:18-CV-05393-DMR<br><br>**PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL** |

　　　PLEASE TAKE NOTICE that Lori E. Andrus, Attorney for Plaintiff, will be unavailable for a court appearance, from September 2, 2019 to September 13, 2019, inclusive.

DATE: August 22, 2019              By:   _/s/ Lori E. Andrus_
                                         Lori E. Andrus

                                   LORI E. ANDRUS (SBN 205816)
                                   lori@andrusanderson.com
                                   ANDRUS ANDERSON LLP
                                   155 Montgomery Street, Suite 900
                                   San Francisco, CA  94104
                                   Telephone:    (415) 986-1400
                                   Facsimile:    (415) 986-1474

                                   *Attorney for Plaintiff*