UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART DINNIS,<br><br>        Defendant. | Case No. 18-cv-05393-DMR<br><br>**ORDER RE: SERVICE OF MOTION FOR DEFAULT JUDGMENT** |

By no later than October 3, 2019, Plaintiff Jane Doe shall file a proof of service on Defendant Stuart Dinnis of her motion for default judgment (Docket No. 42 and supporting declarations) and supplemental briefing in support of the motion (Docket Nos. 53, 54, 61, 62). If she has not already served Defendant with the motion and supplemental briefing in support of the motion, she shall immediately serve Defendant with those papers and file a proof of service with the court by the same deadline.

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: September 26, 2019



_____
Judge Donna M. Ryu
United States Magistrate Judge