Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Leland H. Belew (SBN 293096)
leland@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>STUART DINNIS,<br><br>    Defendant. | Case No.: 4:18-cv-05393-DMR<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF NON-EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Jane Doe ("Plaintiff") will and hereby does respectfully request this Court for a continuance of the non-evidentiary hearing on Plaintiff's Motion for Default Judgment ("Hearing"), currently set to be heard on October 24, 2019 at 1:00 pm in Courtroom 4 of the United States District Court located at 1301 Clay Street, Oakland, California 94612. This Request for Continuance of Non-Evidentiary Hearing on Plaintiff's Motion for Default Judgment is brought pursuant to Civil L.R. 6-3 and 7-7. Plaintiff also submits a Proposed Order concurrently herewith.

Due to pre-planned work-related travel, Plaintiff's counsel is unable to appear at 1:00 p.m. on October 24, 2019.

No opposition has been filed in response to Plaintiff's Motion for Default Judgment by Defendant Stuart Dinnis ("Defendant"). Due to lack of appearance by Defendant, Plaintiff is unable to seek a stipulation to a continuance. Plaintiff has not previously requested continuance of this Hearing, which was last vacated by the court. *See* Docket No. 57.

If the Court is agreeable to setting the hearing at 3:00 p.m. on October 24, 2019, Plaintiff's Counsel can be available. Alternatively, Plaintiff requests the Court continue the Hearing to any of the dates Plaintiff's counsel is available below:

October 21, 2019;

October 22, 2019;

November 6, 2019;

November 7, 2019; or

November 14, 2019.

Dated: September 30, 2019

Respectfully submitted,

By: */s/ Lori E. Andrus*
     Lori E. Andrus

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Leland H. Belew (SBN 293096)
leland@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Attorneys for Plaintiff*