# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STUART DINNIS,<br><br>　　　　Defendant. | Case No.: 4:18-cv-05393-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE |

　　　Before this Court is Plaintiff's Request for Continuance of Non-Evidentiary Hearing on Plaintiff's Motion for Default Judgment. Upon consideration and in accordance with Civil L.R. 6-3 and 7-7, the Court hereby GRANTS Plaintiff's Request and sets the new hearing date as  Nov. 14, 2019 at 1:00 p.m.

　　　IT IS SO ORDERED.


DATED: Sept. 30, 2019

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Case No. 4:18-cv-05393-DMR