# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 11/14/2019 | **Time:** 1:05-1:15 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:18-cv-05393-DMR | **Case Name:** Jane Doe v. Stuart Dinnis | |

**For Plaintiff:**
Lori Andrus

**For Defendant:** No Appearance

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 1:05-1:15

## PROCEEDINGS

1. Plaintiff's motion for default judgment against Defendant [Docket No. 42]
   By 12/5/2019, Plaintiff shall file an amended complaint that includes allegations regarding the citizenship of the parties and amended administrative motions to seal that are narrowly tailored to seek sealing only of sealable material, in accordance with Civil Local Rule 79-5.  Plaintiff shall also submit briefing addressing whether her claim for front and back pay accounts for any recovery from the Airline Defendants.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              ( )    Court

cc: Chambers