LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
Paul Laprairie (SBN 312956)
paul.laprairie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:	(415) 986-1400
Facsimile:	(415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>     vs.<br><br>STUART DINNIS,<br><br>           Defendant. | **CASE NO. 4:18-cv-05393-DMR**<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT** |

I, Jane Doe, declare as follows:

1. I am the Plaintiff in the case titled *Jane Doe v. Stuart Dinnis*, Case No. 4:18-cv-05393-DMR.

2. At the time I was assaulted by Stuart Dinnis in October of 2016 I was working as Vice President, Panel Partnerships for Research Now.

3. On October 24, 2016, I was sexually assaulted by Stuart Dinnis and was left crying and unable to sleep that night. I missed several conference events in the following days out of fear of seeing Stuart Dinnis at those events.

4. When I returned home, I informed HR at my employer Research Now of what occurred. Research Now obtained the elevator videos of the attack. Watching the videos was painful and I cried in the presence of the Research Now HR staff throughout watching the video.

5. Following the sexual assault I experienced extreme anxiety when riding on elevators and now take the stairs in most situations rather than take an elevator alone. Normal interactions, such as having a strange man use the same elevator as me, cause me to flinch and cry.

6. Since the sexual assault, I have experienced multiple panic attacks. I further experience anxiety at the prospect that my daughters could face similar assaults.

7. Following the sexual assault I sought mental health treatment through counselling and an employee assistance line. I have been prescribed an increase in anti-depressant medication.

8. At my position at Research Now, I earned a salary of $150,000 and was eligible to receive an additional 20% of my salary as a bonus. A copy of my offer letter is attached as Exhibit A. I considered my position at Research Now a career-defining opportunity.

9. After the sexual assault I experienced high anxiety and was unable to perform the frequent travel that was required of my role at Research Now. I consequently resigned from my position at Research Now.

10. I took a position at American Airlines, where I worked prior to Research Now, at the annual salary of $80,267 and earned a one-time $1,000 bonus in 2017. My benefits including

401(k) matching, health and dental benefits were similar to those I received at Research Now. A copy of my March 31, 2017 paystub showing my initial biweekly earnings is attached as Exhibit B.

11. In September 2018, I was promoted to Manager, Loyalty Partnerships with a new annual salary of $97,721.15. A copy of my letter of promotion is attached as Exhibit C.

12. As of February 28, 2019, the gap between the pay I would have received if I could continue working at Research Now and my pay at American Airlines is expected to be $122,025.48.

13. I am 44 years old and intend to work until retirement at 65.

14. I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct.

February 27, 2019

_____
Jane Doe

# EXHIBIT A
## TO DECLARATION OF JANE DOE — RESEARCH NOW OFFER LETTER



Dear ▮

It is my pleasure to welcome you to the Research Now team.

We have a dynamic organization where you will be able to enhance your skills and make a difference to our business. We are very impressed with your skills and accomplishments and think that you will be a great addition.

This letter serves as our confirmation of our offer of employment as follows:

| | |
|---|---|
| **Position** | Vice President, Panel Partnerships |
| **Office Location** | Dallas |
| **Start** | September 5, 2016 |
| **Reporting To** | Ryan Jantz |
| **Bonus** | 2016 Discretionary Bonus Plan |
| **Compensation** | $150,000 annualized paid in accordance with the Company's normal payroll procedures. All forms of compensation which are reflected in the offer letter are subject to reduction to reflect applicable withholding and payroll taxes. |

Research Now has a competitive benefits package in which you will be eligible to participate. Most of your benefits will be effective your first day of employment. The benefits for full time employees include paid time off for holidays, vacation, sick time and other accrued paid time off policies. You will be eligible to accrue 15 days of vacation during your first year of employment. In addition, our benefits offer you the opportunity to participate in the Company's medical, dental, vision, life, disability and 401(k) plans.

Your employment with Research Now is conditioned on successful completion of drug testing and reference and background checks, your execution of the Company's Confidentiality, Non-Solicitation, Non-Competition and Intellectual Property Assignment Agreement. As a further condition of employment, you must complete an Employment Eligibility Verification Form I-9 on your first day of employment and present proof of identity and employment eligibility within the first three (3) days of work.

By signing this offer letter, you represent and warrant that you know of no reason that you cannot legally accept this offer of employment and that you are not a party to any agreement with a former employer containing any post-employment restrictions on competition, disclosure of information or employment that would impair or limit your ability to become employed by the Company or to perform the duties described in this offer.

During your employment, you will be subject to all of the Company's policies and procedures currently in effect, as established or amended from time to time, including but not limited to the policies contained in the Company's employee handbook.

This offer letter, together with any agreements referenced herein, sets forth the entire agreement between you and the Company with respect to its subject matter and supersedes any and all prior or contemporaneous oral or written promises, representations or understandings regarding your employment with the Company. Any informal discussions regarding future career or salary opportunities are not binding unless documented in writing by you and the Company's President. This offer may be amended only in a written document signed by you and the Company's President. This offer is governed by the laws of the State of Texas, irrespective of its provisions regarding conflicts of laws.

If you wish to further discuss your responsibilities, or the company and its prospects for the future, please feel free to contact me.

We all look forward to you joining the Research Now team.

Sincerely,

Lisa Bird
Senior Human Resources Business Partner



# EXHIBIT B
## TO DECLARATION OF JANE DOE — PAY STUB FROM NEW JOB

**Payroll Payment Detail**                                                                      Print | Close Window

```
American Airlines, Inc - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX  76155
1-800-447-2000
-----------------------------------------------------------------------------
Cmpy  PA   Emp ID    Employee Name              Period  Seq #   Check Date  Cost Center
AA00  B4                                        07      00157   03/31/17    0900/5722
    Gross Pay   Pre-Tax Ded.   Total Taxes   After-Tax Ded.   Overpmt Ded.   Overpmt Bal.        Net Pay
     3,087.20        289.29        739.77             0.00           0.00           0.00        2,058.14
-----------------------------------------------------------------------------

C = Current Period
R = Retro (Prior) Period
EE = Employee
Salary Pay Basis
-----------------------------------------------------------------------------
                    TOTAL YTD EARNINGS
Description                                         YTD Amount
YTD Earnings                                          4,630.80
Taxable income                                        4,342.89
-----------------------------------------------------------------------------
                    PAY PERIOD AMOUNTS
Description                    Hours              Amount
C Regular Pay                  80.00             3,087.20
-----------------------------------------------------------------------------
Total Gross                                      3,087.20
-----------------------------------------------------------------------------
                    PRE TAX DEDUCTIONS
Description                             Amount     YTD Amount
C Medical Coverage                      115.06         115.06
C Dental Coverage                        12.91          12.91
C Vision                                  6.96           6.96
C 401K-$uper $aver                      154.36         154.36
-----------------------------------------------------------------------------
Total Pre Tax Deductions                289.29
-----------------------------------------------------------------------------
                         TAXES
Description                             Amount     YTD Amount
Federal             MS: Single                     DEP: 00
Withholding Tax                         513.81         714.15
EE Social Security Tax                  183.13         278.83
EE Medicare Tax                          42.83          65.21
-----------------------------------------------------------------------------
Total Taxes                             739.77
-----------------------------------------------------------------------------
                    IMPUTED INCOME - TAXABLE
Description                             Amount     YTD Amount
C Group Term Life                         1.38           1.38
-----------------------------------------------------------------------------
                    INFORMATIONAL ONLY
Description                    Hours    Amount     YTD Amount
C Co Match AA Plus                      154.36         154.36
-----------------------------------------------------------------------------
```

# EXHIBIT C
TO DECLARATION OF JANE DOE —
LETTER OF PROMOTION



09/19/2018

Hello ,

**Congratulations!** On behalf of American Airlines, Inc., (the "Company"), I am excited to offer you the position of Manager, Loyalty Partnerships. You will be paid an annual salary of $97,721.1581 in accordance with American Airlines' regular bi-weekly pay periods.

In addition, you are eligible to participate in the Company's Short-term Incentive (STI) program. This program is based upon financial results (pre-tax net income) with a target bonus amount commensurate with the Manager (level 5) position. The current plan targets for Managers are summarized below:

**Threshold, Target and Maximum Payout**

| Payout (% of Base) (pre-tax net income) | <Threshold (<$3 billion) | Threshold ($3.0 billion) | Target ($5.0 billion) | Maximum ($7.0 billion) |
|---|---|---|---|---|
| Manager (L5) | No Payment | 6.0% | 12.0% | 24.0% |

If the threshold is met, the STI award is paid in the first quarter following the plan year. For the 2018 plan year, any award will be pro-rated based on the number of days you are actively employed during the plan year. All payments are subject to plan provisions and may be adjusted for individual performance. You must be actively employed, or on an eligible Leave of Absence (LOA) at the time of payout to receive the award.

**Your journey begins here, but first:**
This offer is a result of a successful match of your background with our company and is aligned with our aspiration to hire the best. It is, of course, contingent upon meeting any pre-employment requirements for the position, which could include (but are not limited to) the following:

- Background check
- Fingerprint check
- American Airlines and/or FAA drug screen

Once you have successfully completed any pre-employment requirements for your position, we can then determine a start date.

Page 1 of 2

**Life at American Airlines is rewarding:**
We are pleased you've taken another step in your career journey with us and are continuing to put your experience, abilities, dedication, energy and creativity to excellent use. Thank you for being part of our team and for your positive contributions to the success of American Airlines!

Caring for our team members is one of our top priorities, and we will work hard every day to show you, so you can be your very best! In fact, at American Airlines, you will have access to ongoing career development and support, zealous recognition and you will be a driving force in helping us maintain our valued commitment to our customers and our community. Additionally, we thrive on maintaining a diverse and inclusive workplace, recognizing it is critical to our success.

**Next steps:**
Please respond within three business days with your decision by selecting "accept" or "decline". Upon acceptance, we will contact you to schedule any pre-employment requirements. If we do not hear from you within three business days, the offer of employment may be withdrawn. If you need additional time to make a decision or have any questions, please contact your Talent Advisor, Justin L. Cooper.

All employment at American Airlines is on an at-will basis, meaning you or American Airlines can end your employment with or without notice or cause. This letter should not be construed as a basis for establishing any contract of employment.

With over 100,000 team members sharing our journey, each one of us at American Airlines has a unique story to tell. Whether we're helping business customers fly across the globe, reuniting families with loved ones, doing the work to make sure the planes fly, or powering the business behind the scenes, our stories involve thousands of opportunities to touch millions of lives.

▇▇▇, this is the next step in your story connecting with ours—congratulations!

Should you have any questions, please contact Justin L. Cooper at 817-963-1330.

Welcome aboard!


Regards,



Marissa Horne
Managing Director, Talent Acquisition
American Airlines People Team

Page 2 of 2