1  LORI E. ANDRUS (SBN 205816)
   lori@andrusanderson.com
2  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
3  San Francisco, CA  94104
   Telephone:     (415) 986-1400
4  Facsimile:     (415) 986-1474

5  *Attorneys for Plaintiff*

6

7                   **UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                        **OAKLAND DIVISION**

10

11  JANE DOE,                                **CASE NO. 4:18-cv-02420-DMR**

12            Plaintiff,                     **DECLARATION OF** ▆▆▆▆▆▆
                                             ▆▆▆▆▆▆
13       vs.

14  VIRGIN AMERICA, INC, and ALASKA AIR
    GROUP, INC.,
15

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ▆▆▆▆▆▆▆▆▆▆

Case No: 4:18-cv-02420-DMR

1  I, ███████████, declare as follows:

2      I am 19 years old, and a child of ███████████, the Plaintiff in the above-entitled

3  action.  I have personal knowledge of the facts set forth in this declaration, and, if called as a

4  witness, I could and would testify thereto. I am ███████████ and I have chosen to write a

5  formal statement about the occurrences that happened following the sexual assault of my mom,

6  ███████.  I have decided to write a statement to not only support and shed light on my

7  perspective of how this attack affected my mom, but to also stand for other women who have

8  been affected by such a horrific act and to make sure this never happens again. While I was not

9  present for the act itself, I was present for the months that followed the incident. The incident

10  occurred in the month of October, but what I witnessed was how it affected my mother in the

11  months following.

12      As soon as my mom, ███████, returned from her business trip in Toronto I could

13  feel there was something seriously bothering her in the way she was carrying herself and acting.

14  As her daughter, I have been able to create a bond with my mom that is unbreakable and I have

15  learned so much about the woman she is. My mom is the most selfless soul I have ever known.

16  She is conscious of others and puts everyone else's happiness above her own. My mom has

17  always been the biggest smile and the happiest person in the room, but that is not the woman who

18  came home from that weekend. Once I was able to speak to her about what had happened during

19  her weekend in Toronto, my mom sat me down and we talked about the attack. I could see the

20  fear and anxiety in her eyes as she explained what had occurred. I remember the tears that ran

21  down her face and I could physically feel how much she was hurting. From this moment on, I was

22  able to understand what was affecting my mom emotionally and physically. There were different

23  incidents where I would need to lay in bed with my mom or sit and hold her on the bathroom

24  floor while she cried, because she could not bear to move because of the overwhelming anxiety

25  she felt and the fear that was still controlling her. Because of the act that occurred my mom, ███

26  ███████, had to choose to remove herself from her corporate position with Research Now. A

27  position she had worked incredibly hard for and a position she was incredibly optimistic about.

28  She eventually decided to remove herself in order to begin to try and heal the wounds that

1  continued to affect her and return to American Airlines, where she continues to work today. This

2  was one of the first examples of how the event that took place, affected my mom. Following her

3  career change, my mom gained some peace, but it was evident the wounds remained unhealed and

4  the anxiety and fear continued to control her physically and emotionally.

5       One early morning in May of 2017, seven months after the attack, I was upstairs in my

6  room and I remember waking up to my mom asking me for help, because she was unable to take a

7  full breathe of air and was fearful she was going to collapse. I walked with her downstairs while

8  she held her hands above her head and out our back door so she was able to get to fresh air. I

9  filled a glass of water and we sat together until she was able to calm down. In this moment, I

10  realized how much anxiety my mom still had to deal with from the attack. I genuinely feared for

11  her physically because I was witnessing how much the repercussions of the attack were still in

12  control of her.

13       Still till this day, I still see how much the attack effects my mom. She continues to express

14  to me how she experiences fear and anxiety when riding in elevators, because of the memories of

15  the night of the attack. I remember how much she battled with herself over whether to choose to

16  take any court action. It took for my mom to see the strength within herself and the

17  encouragement from our family to stand up for herself and take the necessary actions to ensure

18  this attack does not go unnoticed. My mom lost a part of herself on the night of the attack that she

19  will never be able to get back. Even through the nights of holding her on the bathroom floor and

20  sitting and waiting for the fear and anxiety to pass, I will never be able to give back to her what

21  her attacker took from her. I will never be able to erase the memories of that night. I will never be

22  able to understand how my mom felt in those moments, but I will forever remember how the

23  attack affected my mom and how it will continue to affect her for the rest of her life.

24       Today, I write this statement because my mom deserves to have someone stand up for her.

25  The court deserves to hear how my mom lost a piece of herself. Because of an attack that

26  occurred on the weekend of October 23rd, my mom has to continue to battle fear, anxiety, and

27  worry. I am writing this statement, because my mom was able to stand up for herself and make

28  sure what happened to her would never happen to any other woman again. █████████ made

2

1  the choice to fight for herself and other woman despite the fear and anxiety that continues to

2  affect the way she lives her life, because of the decisions made by one man on the weekend of

3  October 23rd. I declare under penalty of perjury pursuant to the laws of the state of California that

4  the foregoing is true and correct and this declaration was executed on November 12, 2018.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ▮▮▮▮▮