LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  vs.<br><br>STUART DINNIS,<br><br>  Defendant. | CASE NO. 4:18-cv-05393-DMR<br><br>**SECOND DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT** |

I, Jane Doe, declare as follows:

1. I am the Plaintiff in the case titled *Jane Doe v. Stuart Dinnis*, Case No. 4:18-cv-05393-DMR.

2. I have not received or recovered any money for the lost/reduced income I am seeking in this matter.

3. I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct.

Dated: Dec. ___, 2019

                                                                                Jane Doe

---

1

SECOND DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT

Case No: 4:18-cv-05393-DMR