LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | **CASE NO. 4:18-cv-05393-DMR** |
| Plaintiff, | **SECOND DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT** |
| vs. | |
| STUART DINNIS, | |
| Defendant. | |

1  I, Jane Doe, declare as follows:

2      1.    I am the Plaintiff in the case titled *Jane Doe v. Stuart Dinnis*, Case No. 4:18-cv-05393-DMR.

4      2.    I have not received or recovered any money for the lost/reduced income I am seeking in this matter.

6      3.    I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct.

Dated: Dec. 3, 2019

*Jane Doe*

Jane Doe

---

SECOND DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT

Case No: 4:18-cv-05393-DMR