Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>    vs.<br><br>STUART DINNIS,<br><br>           Defendant. | Case No.: 4:18-cv-05393-DMR<br><br>**CERTIFICATE OF SERVICE** |

    I am a citizen of Australia and am a licensed field agent, private investigator and owner of RediServices, located in Flagstone, Queensland, Australia. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 18 Pink Adler Court, Flagstone, Queensland 4280, Australia.

    On ___THE SIXTH DAY DECEMBER 2019___, I caused to be served the following documents:

1. **First Amended Complaint;**
2. **Unredacted version of Plaintiff's Notice of Motion and Motion for Judgment Upon Default; Memorandum of Points and Authorities in Support;**
3. **Unredacted version of the Declaration of Jane Doe in Support of Motion for Judgment Upon Default;**
4. **Unsealed version of the Declaration of Jane Doe's Daughter in Support of Motion for Judgment Upon Default;**
5. **Unsealed version of the Declaration of Paul Laprairie in Support of Motion for Judgment Upon Default;**
6. **Unsealed version of the Declaration of Benjamin Albritton in Support of Motion for Judgment Upon Default;**
7. **Second Doe Declaration in Support of Motion for Judgment Upon Default; and**
8. **Supplemental Declaration of Lori E. Andrus in Support of Motion for Judgment Upon Default.**

☒ **By Private Service.** I caused the documents to be delivered to Defendant, at the address associated with his registered business, as set forth below.

### SERVICE LIST

Stuart Dinnis
DINNIS & ASSOCIATES
46 Northcote Street
East Brisbane QLD 4169
Australia

*Defendant*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 6, 2019                    _____
                                            John Lilley