Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>STUART DINNIS,<br><br>Defendant. | Case No.: 4:18-cv-05393-YGR<br><br>**PROOF OF SERVICE** |

I am a citizen of Australia and am a licensed field agent, private investigator and owner of RediServices, located in Flagstone, Queensland, Australia. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 18 Pink Adler Court, Flagstone, Queensland 4280, Australia.

On **February 25, 2020 at 11:50 a.m AEST.**, I caused to be served the following documents:

1. **REQUEST FOR REASSIGNMENT; REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT (DOCKET 80).**

☒ **By Private Service.** I caused the documents to be delivered to Defendant, at the address associated with his registered business, as set forth below.

### SERVICE LIST

Stuart Dinnis
DINNIS & ASSOCIATES
46 Northcote Street
East Brisbane QLD 4169
Australia

*Defendant*

- 1 -   Case No.: 4:18-cv-05393-YGR
PROOF OF SERVICE

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3 | Dated: February 26, 2020

_____
John Lilley