# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE,**<br>　　　　Plaintiff,<br>　　vs.<br>**STUART DINNIS,**<br>　　　　Defendant. | CASE NO. 18-cv-05393-YGR<br><br>**FINAL JUDGMENT** |

The Court granted plaintiff's motion for entry of default judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of plaintiff Jane Doe against defendant Stuart Dennis in the amount of $1,310,537.45, consisting of $500,000 for non-economic damages and $810,537.45 for back and front pay. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**