# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE,** | CASE NO. 18-cv-05393-YGR |
| Plaintiff, | **AMENDED FINAL JUDGMENT** |
| vs. | |
| **STUART DINNIS,** | |
| Defendant. | |

The Court granted plaintiff's motion for entry of default judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of plaintiff Jane Doe against defendant Stuart Dinnis in the amount of $1,310,537.45, consisting of $500,000 for non-economic damages and $810,537.45 for back and front pay. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**