Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:	(415) 986-1400
Facsimile:	(415) 986-1474

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STUART DINNIS,<br><br>　　　　　　　Defendant. | Case No. 4:18-cv-05393-YGR<br><br>**NOTICE OF ENTRY OF AMENDED FINAL JUDGMENT** |

1

## NOTICE OF ENTRY OF AMENDED JUDGMENT

2  Notice is hereby given that on April 7, 2020, the Honorable Judge Yvonne Gonzalez Rogers

3  entered the Amended Final Judgment against Defendant, Stuart Dinnis, attached as Exhibit A.

4

5  Dated: April 15, 2020

By:  */s/ Lori E. Andrus*
　　　　Lori E. Andrus

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **JANE DOE,**<br>　　　　Plaintiff,<br>　　vs.<br>**STUART DINNIS,**<br>　　　　Defendant. | CASE NO. 18-cv-05393-YGR<br><br>**AMENDED FINAL JUDGMENT** |

The Court granted plaintiff's motion for entry of default judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of plaintiff Jane Doe against defendant Stuart Dinnis in the amount of $1,310,537.45, consisting of $500,000 for non-economic damages and $810,537.45 for back and front pay. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**