Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>     vs.<br><br>STUART DINNIS,<br><br>              Defendant. | Case No.: 4:18-cv-05393-YGR<br><br>**CERTIFICATE OF SERVICE** |

   I am a citizen of Australia and am a licensed field agent, private investigator and owner of RediServices, located in Flagstone, Queensland, Australia. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 18 Pink Adler Court, Flagstone, Queensland 4280, Australia.

   On **April 16, 2020 (AEST)**, I caused to be served the following documents:

   1. **NOTICE OF ENTRY OF AMENDED FINAL JUDGMENT AND EXHIBIT A.**

☒    **By Regular Service Mail via Australia Post.** I deposited the envelope in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by The Australia Post in Queensland, Australia, in a sealed envelope, with postage paid, addressed to the person on whom it is to be served, at that party's last known address.

<u>**SERVICE LIST**</u>
Stuart Dinnis
DINNIS & ASSOCIATES
46 Northcote Street
East Brisbane QLD 4169
Australia

*Defendant*

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3  Dated: April 16, 2020

4  _____
   John Lilley